IH-32 Rev: 2014-1

# United States District Court
## for the
# Southern District of New York
## Related Case Statement

---

Full Caption of Later Filed Case:

ATHENA ART FINANCE CORP.,

| Plaintiff | Case Number |
|---|---|
| vs. | 20-cv-4669 |
| that CERTAIN ARTWORK BY JEAN-MICHEL BASQUIAT ENTITLED HUMIDITY, 1982, In Rem, | |
| Defendant | |

Full Caption of Earlier Filed Case:

(including in bankruptcy appeals the relevant adversary proceeding)

In the Matter of the Application of Satfinance Investment Limited For An Order to Take Discovery Pursuant to 28 U.S.C. § 1782

| Plaintiff | Case Number |
|---|---|
| vs. | 19-mc-00550-KPF |
| Defendant | |

IH-32 Rev: 2014-1

Status of Earlier Filed Case:

[✓] Closed  (If so, set forth the procedure which resulted in closure, e.g., voluntary dismissal, settlement, court decision. Also, state whether there is an appeal pending.)

[ ] Open  (If so, set forth procedural status and summarize any court rulings.)

The Earlier Filed Case was administratively closed after this Court granted the Petition by Satfinance Investment Limited ("SIL") under 28 U.S.C. § 1782 to take discovery of Athena Art Finance Corp. ("Athena") and its former CEO concerning competing claims to an artwork by Jean-Michel Basquiat, Humidity, 1982 (the "Painting") for use in proceedings before the High Court of Justice of England and Wales, Business and Property Courts, Satfinance Investment Limited v. Philbrick, et al., [2019] EWHC 1998 (the "UK Action").

Explain in detail the reasons for your position that the newly filed case is related to the earlier filed case.

The Earlier Filed Case and this action involve an identity of parties as well as an identity of facts and law. SIL commenced the UK Action against Athena (Plaintiff here) as well as Inigo Philbrick, Inigo Philbrick Limited, 18 Boxwood Green Limited, and Delahunty Fine Art Ltd., seeking to assert its rights to the in rem Defendant Painting that is at the center of this action. SIL commenced the Earlier Filed Case in this Court to compel discovery from Athena (Plaintiff here) in connection with the adjudication of these same property-rights claims. Following dismissal of the UK Action on purely jurisdictional grounds, Athena commenced this action against the same parties as the UK Action seeking a declaration of the parties' respective rights to the Painting.

In light of the identity of parties and underlying facts and claims concerning the Painting, it is respectfully submitted that this action should be marked related to the Earlier Filed Case.

Signature: /s/ Judd Grossman    Date: 6/18/2020

Firm: Grossman LLP