# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ATHENA ART FINANCE CORP,<br><br>                              Plaintiff,<br><br>v.<br><br>CERTAIN ARTWORK BY JEAN-MICHEL BASQUIAT ENTITLED HUMIDITY, 1982, In Rem,<br><br>                              Defendant,<br><br>SATFINANCE INVESTMENT LIMITED, DELAHUNTY LIMITED d/b/a DELAHUNTY FINE ART,<br><br>                              Interested Parties. | Case No.: 20-cv-4669 (JGB/DCF)<br><br><br><br><br><br>**NOTICE OF APPEARANCE** |

PLEASE TAKE NOTICE that I, Gregory A. Clarick, of the law firm Clarick Gueron Reisbaum LLP, hereby enter an appearance as counsel for Interested Party Delahunty Limited doing business as Delahunty Fine Art in the above-captioned matter. I am admitted to practice in this Court.

| | |
|---|---|
| Dated: New York, New York<br>         June 23, 2020 | CLARICK GUERON REISBAUM LLP<br><br>By:   /s/ Gregory A. Clarick<br>        Gregory A. Clarick<br>220 Fifth Avenue, 14th Floor<br>New York, New York 10010<br>Phone: (212) 633-4310<br>Fax: (646) 478-9484<br>Email: gclarick@cgr-law.com<br><br>*Attorneys for Interested Party Delahunty Fine Art* |