AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

Southern District of New York

| | | |
|---|---|---|
| Athena Art Finance Corp. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.    20 Cv. 4669 |
| Humidity By Jean Michel Basquiat, 1982, In Rem | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Athena Art Finance Corp.                                                                                     .

Date:    06/25/2020

/S/ Sharon Cohen Levin
*Attorney's signature*

Sharon Cohen Levin
*Printed name and bar number*

125 Broad Street
New York, NY 10004

*Address*

levinsc@sullcrom.com
*E-mail address*

(212) 558-4000
*Telephone number*

(212) 558-3588
*FAX number*