USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: JUL 0 7 2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X

ATHENA ART FINANCE CORP.,

                Plaintiff,             Docket No.: 20-cv-4669

-against-

that

CERTAIN ARTWORK BY JEAN-MICHEL BASQUIAT    **Stipulation**
ENTITLED HUMIDITY, 1982, *In Rem*,

                Defendant,

SATFINANCE INVESTMENT LIMITED and
DELAHUNTY LIMITED d/b/a DELAHUNTY FINE ART,

                Interested Parties.

------------------------------------------------------------X

Whereas, on June 2, 2020, plaintiff Athena Art Finance Corp. ("Athena") instituted this action with the filing of a summons with notice to foreclose on that Certain Artwork by Jean-Michel Basquiat Entitled Humidity, 1982 ("the Basquiat"), in the Supreme Court of the State of New York, and a verified complaint was filed thereafter on June 12, 2020;

Whereas, on June 18, 2020, Interested Party Satfinance Investment Limited ("SIL") removed the action to Federal Court;

Whereas on June 23, 2020, counsel for Interested Party Delahunty Limited, D/B/A Delahunty Fine Arts ("Delahunty"), entered appearances in the action;

**Whereas it is now Stipulated and Agreed as Follows:**

1. Interested Party SIL accepts service of the complaint herein, as of June 30, 2020, and it shall answer and/or interpose a pleading to assert its rights to the Basquiat on or before July 30, 2020;

2. SIL's principals Boris Pesko and Aleksander Pesko make no claim in their individual

capacities to the Basquiat, but rather only through and by SIL, and thus no further notice to them in their individual capacities is required;

3. Interested Party Delahunty Limited D/B/A Delahunty Fine Art ("Delahunty") accepts service of the complaint herein, as of June 30, 2020, and it shall answer and/or interpose a pleading to assert its rights to the Basquiat on or before July 30, 2020;

4. Delahunty Limited's principal Damien Delahunty makes no claim in his individual capacity to the Basquiat, but rather only through and by Delahunty Limited, and thus no further notice to him in his individual capacity is required;

5. Plaintiff Athena shall answer the pleadings interposed by SIL and Delahunty on or before August 14, 2020;

Dated: New York, New York
       July 7, 2020

MAZZOLA LINDSTROM, LLP

By: _____
    Wendy J. Lindstrom
Counsel for plaintiff Athena Art
Finance Corp.
1350 Avenue of the Americas, 2nd Floor
New York, New York 10019
D: 646.216.8440
M: 516.680.2889
wendy@mazzolalindstrom.com

GROSSMAN LLP

By: _____
    Judd Grossman
Counsel for Satfinance Limited, Boris Pesko
and Aleksander Pesko
300 Park Avenue, 15th Floor
New York, New York 10022
jgrossman@grossmanllp.com
(646) 770-7445

CLARICK GUERON & REISBAUM

By: /s/ Gregory A. Clarick

Gregory A. Clarick
Counsel for Delahunty Limited d/b/a
Delahunty Fine Art
220 Fifth Avenue
New York, New York 10001
(212) 633-4313
gclarick@cgr-law.com

SO ORDERED this ___ day of
_____JUL 07 2020_____, 2020.

_____
George B. Daniels, United States District Judge