# EXHIBIT A

MAZZOLA LINDSTROM LLP
1350 Avenue of the Americas, 2nd Floor
New York, New York 10019
646.216.8300
*Attorneys for plaintiff*

Wendy J. Lindstrom, Esq.
D: 646.216.8440
M: 516.680.2889
wendy@mazzolalindstrom.com

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK
-------------------------------------------------------------------------X  **Commercial Division**
ATHENA ART FINANCE CORP.,

                        Plaintiff,

   -against-                                                                                  **Summons With Notice**

that

CERTAIN ARTWORK BY JEAN-MICHEL BASQUIAT                          Index No._____
ENTITLED HUMIDITY, 1982, *In Rem*,

                        Defendant.
-------------------------------------------------------------------------X

**To the Following Interested Persons:**

        SATFINANCE INVESTMENT LIMITED
        BORIS PESKO
        ALEKSANDAR PESKO
        DELAHUNTY FINE ART LTD.
        DAMIAN DELAHUNTY
        INIGO PHILBRICK LIMITED
        INIGO PHILBRICK
        18 BOXWOOD GREEN LIMITED

        AND TO ANY PERSON WHO MAY CLAIM
        AN INTEREST IN THE *IN REM* DEFENDANT.

      Please take notice that plaintiff ATHENA ART FINANCE CORP. hereby commences

this action to foreclose its lien upon, quiet title to, and to obtain an order permitting it to conduct

a public or private sale of the above-referenced *in rem* defendant – to wit, that CERTAIN

ARTWORK BY JEAN-MICHEL BASQUIAT ENTITLED HUMIDITY, 1982, *In Rem*.

You, the aforesaid interested persons, are hereby notified that should you fail to appear and state a claim to the *in rem* defendant, a judgment will be entered against the *in rem* defendant on default on the cause of action to foreclose its lien, pursuant to the Uniform Commercial Code, based upon the following:

> On or about March 31, 2017, plaintiff loaned certain moneys to borrower, 18 Boxwood Green Limited, on a debt guaranteed by Inigo Philbrick Limited and Inigo Philbrick and collateralized in part by the defendant in rem, which loan was defaulted upon, and as a result thereof, and pursuant to the loan agreement of March 31, 2017, and as amended thereafter, plaintiff ATHENA ART FINANCE CORP., having possession of the *in rem* defendant, became entitled to sell the *in rem* defendant at public or private sale.

As you, the aforesaid interested persons, have served notice upon plaintiff that you believe that you have legally enforceable interests to the *in rem* defendant, you are hereby invited to interpose your claim in this *in rem* proceeding.

Accordingly, you, the aforesaid interested persons, are hereby summoned to appear in this action by serving a pleading on counsel for plaintiff, address below, within 20 days after service of this summons (not counting the day of service), or within 30 days after service is complete if the summons is not delivered personally to you within New York State, such pleading to identify whether you claim an interest in the subject artwork and the basis or bases for such claim.

Plaintiff designates the Supreme Court of the State of New York, County of New York, 60 Centre Street, New York, New York as the place of trial. The basis of this designation is that the *res* – to wit, the subject artwork is presently within the jurisdiction of the County of New York. If you fail to interpose a pleading setting forth whether you claim an interest in the subject artwork and the basis or bases therefor, a judgment by default will be taken, establishing that

plaintiff ATHENA ART FINANCE CORP. is vested with the right to dispose of the *in rem* defendant at public or private sale forthwith.

Plaintiff designates this for Commercial Division assignment, as the *in rem* defendant has a value greatly in excess of the $500,000 monetary threshold of the Commercial Division, exclusive of punitive damages, interests, costs, disbursements and counsel fees claimed, and the claim arises under the Uniform Commercial Code. (See Uniform Rule 202.70(a), and 202.70(b)(2)).

WHEREFORE, plaintiff ATHENA ART FINANCE CORP. demands that it be permitted to sell that CERTAIN ARTWORK BY JEAN-MICHEL BASQUIAT ENTITLED HUMIDITY, 1982, the *in rem* defendant herein, and that any interested person, having had an opportunity to intervene and state a claim thereto, is foreclosed from further claim against the *in rem* defendant.

Dated: New York, New York
June 2, 2020

Respectfully submitted,
MAZZOLA LINDSTROM, LLP

By: *Wendy J. Lindstrom*
Wendy J. Lindstrom
Counsel for plaintiff Athena Art Finance Corp.
1350 Avenue of the Americas, 2nd Floor
New York, New York 10019
D: 646.216.8440
M: 516.680.2889
wendy@mazzolalindstrom.com

Service List Attached:

3

**Service**

SATFINANCE INVESTMENT LIMITED
BORIS PESKO and
ALEKSANDER PESKO
c/o Derek J.T. Adler, Esq.
Hughes Hubbard & Reed LLP
One Battery Park Plaza, 17th floor
New York, New York 10004-1482
(212) 837-6086
derek.adler@hugheshubbard.com

INIGO PHILBRICK LIMITED
INIGO PHILBRICK
18 BOXWOOD GREEN LIMITED
17 Grosvenor Square, Flat 3
London W1K 6LB, England

     – and –

c/o Brebners, as agent for service of process
for 18 Boxwood Green Limited
30 Shaftesbury Ave, London, UK W ID SAR;
london@brebners.com

DELAHUNTY FINE ART LTD.
DAMIAN DELAHUNTY
c/o Daniel McClean, Esq.
Cypress LLP
11111 Santa Monica Boulevard, Suite 500
Los Angeles, California 90025
(424) 313-5674
dmcclean@cypressllp.com