# EXHIBIT C

**SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK**

| | |
|---|---|
| ATHENA ART FINANCE CORP., <br><br> *Plaintiff,* <br><br> -against- <br><br> 18 BOXWOOD GREEN LIMITED, INIGO PHILBRICK LTD., and INIGO PHILBRICK, <br><br> *Defendants.* | Index No. 657322/2019 <br><br> **NOTICE OF ENTRY** |

**PLEASE TAKE NOTICE**, that attached is a true and correct copy of the Judgment duly entered and filed in the office of the New York County Clerk on March 2, 2020.

Dated: March 10, 2020
       New York, New York

Respectfully,

BOIES SCHILLER FLEXNER LLP

/s/ Nicholas A. Gravante

Nicholas A. Gravante, Jr.
Karen Dyer
Demetri Brumis Blaisdell
55 Hudson Yards
New York, New York 10001
Tel: (212) 446-2300
Fax: (212) 446-2350
Email: ngravante@bsfllp.com
      kdyer@bsfllp.com
      dblaisdell@bsfllp.com

*Attorneys for Plaintiff Athena Art Finance Corp.*

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK

---

ATHENA ART FINANCE CORP.,

                        *Plaintiff*,

                -against-

18 BOXWOOD GREEN LIMITED, INIGO
PHILBRICK LTD., and INIGO PHILBRICK,

                        *Defendants.*

Index No. 657322/2019

JUDGMENT

---

      Plaintiff having moved for summary judgment in lieu of complaint herein, and the Court having rendered its Decision and Order, dated January 2̶3̶, 2020, by which it granted Plaintiff's motion against the Defendants, and the Court having further directed Plaintiff to submit a judgment; consistent with said Decision and Order;

      NOW, on motion of NICHOLAS A. GRAVANTE, JR., counsel for Plaintiff, it is

      ADJUDGED that the Plaintiff, ATHENA ART FINANCE CORP., with offices at 300 PARK AVENUE, 15TH FLOOR, NEW YORK, NEW YORK 10022, *have judgment and* recover of Defendant 18 BOXWOOD GREEN LIMITED, with offices at FIRST FLOOR, 7 ESPLANADE, ST HELIER, JERSEY JE2 3QA, Defendant INIGO PHILBRICK LTD., with offices at 55 GROSVENOR STREET, MAYFAIR, LONDON, W1K 3HY, ENGLAND, and Defendant INIGO PHILBRICK, who resides at 43 GREEN STREET, FLAT 3, LONDON, W1K 7FJ, ENGLAND, *jointly and severally,* the sum of $13.5 MILLION ($13,500,000) DOLLARS, with default interest at the contractual rate of 14.0701% per annum from the date of the 31st day of October, 2019, in the amount of *$ 640,093.17* and late fees at the rate of 2% per annum from the date of the 31st day of October, 2019, in the

amount of  $90,986.30 ~~making~~

~~in all the sum of~~                                                    ~~DOLLARS,~~

together with attorney's fees in the amount of TWENTY FIVE THOUSAND ($25,000.00)

DOLLARS, insurance costs in the amount of THIRTY-EIGHT THOUSAND THREE

HUNDRED EIGHTY ($38,380.00), and storage fees in the amount of ELEVEN THOUSAND

SEVEN HUNDRED NINETY ONE ($11,791.00), and ~~taxable~~ costs and disbursements as Taxed by The clerk in the amount of ~~EIGHT~~ $550.00,

~~HUNDRED THIRTY EIGHT AND 95/100 ($838.95) DOLLARS,~~ making in all the sum of

X   $14,306,800.47                                                     )

and that the Plaintiff have execution therefore.

                                               _M.A.T_____
                                                    Clerk

**FILED**

MAR 0 2 2020

COUNTY CLERK'S OFFICE
NEW YORK

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK

ATHENA ART FINANCE CORP.,

        *Plaintiff,*

-against-

18 BOXWOOD GREEN LIMITED, INIGO PHILBRICK LTD., and INIGO PHILBRICK,

        *Defendants.*

Index No. 657322/2019

BILL OF COSTS

Costs by Statute -------------------------------------------- $ 200.00 ✓
Prospective Marshal's Fee ---------------------------------- ~~$ 40.00~~
Fee for Notice of Motion ----------------------------------- $ 45.00 ✓
Fee for Request for Judicial Intervention ----------------- $ 95.00 ✓
Fee for U.K. Notary for Affidavits of Service ------------ ~~$ 248.35 [£192 GBP]~~
Fee for Index Number -------------------------------------- $ 210.00 ✓

        TOTAL    ~~$ 838.35~~  $ 550.00

STATE OF NEW YORK, COUNTY OF NEW YORK   ATTORNEY'S AFFIRMATION

The undersigned, attorney at law of the State of New York, one of the attorneys of record for the plaintiff in the above entitled action, states that the disbursements above specified have been or will necessarily be made or incurred therein and are reasonable in amount.

The undersigned affirms this statement to be true under the penalties of perjury.

Dated: New York, New York
February 20, 2020

I HEREBY CERTIFY THAT I HAVE
ADJUSTED THIS BILL OF COSTS AT
$ _____550.00_____

MAR 02 2020

_____
CLERK

Respectfully submitted,

BOIES SCHILLER FLEXNER LLP

/s/ Nicholas A. Gravante

**FILED**

MAR 0 2 2020

COUNTY CLERK'S OFFICE
NEW YORK

Nicholas A. Gravante, Jr.
55 Hudson Yards
New York, New York 10001
Tel: (212) 446-2300
Fax: (212) 446-2350
Email: ngravante@bsfllp.com

*Attorneys for Plaintiff Athena Art Finance Corp.*

BOIES SCHILLER FLEXNER LLP

55 Hudson Yards
New York, New York 10001
Tel: (212) 446-2300
Fax: (212) 446-2350

*Attorneys for Plaintiff*

**FILED AND DOCKETED**
MAR 0 2 2020
AT 2:15 PM
N.Y., CO. CLK'S OFFICE