# EXHIBIT F

SCHEDULE A

ARTWORK COLLATERAL PIECES

| | ARTIST, TITLE OF WORK, AND DESCRIPTION | LOCATION | ARTWORK COLLATERAL PIECE VALUE (AS OF THE SEVENTH AMENDMENT EFFECTIVE DATE) | BORROWING BASE COLLATERAL (YES/NO) |
|---|---|---|---|---|
| 1. | Rudolf Stingel, *Untitled (1994)*, 68" x 52.75" | Approved Storage Facility – ▮ | ▮ | Yes |
| 2. | Jean Michel Basquiat, *Humidity (1982)*, 96" x 72" | Approved Storage Facility – ▮ | $19,000,000 | Yes |
| 3. | Donald Judd, *Untitled (1976)*, 10" x 72" x 26" | Approved Storage Facility – ▮ | ▮ | Yes |
| 4. | Rudolf Stingel, *Untitled (2015)*, 96" x 96" | Approved Storage Facility – ▮ | ▮ | Yes |
| 5. | Christopher Wool, *Untitled*, 2010 Silkscreen ink on linen 304.75 x 243.75 cm. (120 x 96 in.) | Approved Storage Facility – ▮ | ▮ | Yes |
| 6. | Rudolf Stingel, *Untitled (Triptych)*, 2015 Oil and enamel on canvas Each 83" x 67" | Approved Storage Facility – ▮ | ▮ | Yes |