# EXHIBIT H

| | |
|---|---|
| **From:** | Nina Edelman |
| **Sent:** | Thursday, July 23, 2020 2:10 PM |
| **To:** | derek.adler@hugheshubbard.com; Gregory Clarick; Judd Grossman |
| **Cc:** | Wendy Lindstrom; Richard Lerner |
| **Subject:** | Case No 20-cv-4669; Athena Art Finance Corp. v. Certain Artwork by Jean Michel Basquiat Entitled Humidity, 1982, In Rem |
| **Attachments:** | Athena OTSC 7.23.pdf; Lindstrom Aff 7.23.pdf; Lindstrom Exhibit A.pdf; Lindstrom Exhibit B.pdf; Lindstrom Exhibit C.pdf; Lindstrom Exhibit D.pdf; Lindstrom Exhibit E.pdf; Lindstrom Exhibit F.pdf; Lindstrom Exhibit G (Sachs).pdf; Lindstrom Exhibit H.pdf |

Counsel,

Further to my email dated June 17, 2020, please take note the attached Order to Show Cause and supporting documentation will be e-filed today in the above-referenced SDNY action.

Respectfully,
Nina T. Edelman



## Nina T. Edelman

Mazzola Lindstrom LLP
1350 Sixth Avenue, 2nd Floor
New York, New York 10019
D: 646.216.9690 | nina@mazzolalindstrom.com
www.mazzolalindstrom.com

# Nina Edelman

| | |
|---|---|
| **From:** | Nina Edelman |
| **Sent:** | Wednesday, June 17, 2020 12:36 PM |
| **To:** | 'derek.adler@hugheshubbard.com'; 'dmcclean@cypressllp.com'; 'john_t_gorman@fd.org' |
| **Cc:** | Wendy Lindstrom; Richard Lerner |
| **Subject:** | Index No. 652258/2020 - Athena Art Finance Corp. v. Certain Artwork by Jean Michel Basquiat Entitled Humidity, 1982, In Rem |
| **Attachments:** | OTSC.pdf; Lindstrom Affirmation 6.17.20.pdf; Lindstrom Exhibit A.pdf; Lindstrom Exhibit B.pdf; Lindstrom Exhibit C.pdf; Lindstrom Exhibit D.pdf; Lindstrom Exhibit E.pdf; Lindstrom Exhibit F.pdf; Lindstrom Exhibit G (Sachs).pdf |

Counsel:

Please take note the attached Order to Show Cause and supporting documentation will be filed today in the above-referenced action.

Respectfully,
Nina T. Edelman



## Nina T. Edelman

Mazzola Lindstrom LLP
1350 Sixth Avenue, 2nd Floor
New York, New York 10019
D: 646.216.9690 | nina@mazzolalindstrom.com
www.mazzolalindstrom.com