# Exhibit 1

# INIGO PHILBRICK

Raised: 1 November 2016

Due: 1 November 2016

**INVOICE Inv. 343**

Inigo Philbrick Limited  
22 Davies Street  
London  
W1K 3DE  
United Kingdom

Damian Delahunty  
21 Bruton Street  
London  
W1J 6QD  
United Kingdom

| | |
|---|---|
| 12.5% of the below artwork:<br>JEAN-MICHEL BASQUIAT<br>Humidity, 1982<br>Acrylic, oilstick, and Xerox collage on canvas<br>243.8 x 182.9 cms (96 x 72 ins) | 2,750,000 USD |

| | |
|---|---|
| Sub Total | 2,750,000 USD |
| Tax Out of ECC (0%) | 0 USD |
| Balance | 2,750,000 USD |

**Bank:** Santander  
**Account Name:** Inigo Philbrick Ltd  
**Account Number:** 00053379  
**Sort Code:** 09 07 15  
**IBAN:** GB06ABBY09071500053379  
**Swift Code:** ABBYGB2L

Additional Notes

Purchase of 12.5% of the above painting, reflecting a preferred stake paying 25% of profit above the joint acquisition price of 22,000,000 USD.  Zero-rated for VAT.  Artwork in USA at time of transaction.