# EXHIBIT A



*In the High Court of Justice*
*High Court Appeal Centre Royal Courts of Justice*
*Order of Chief Master Marsh dated 26 May 2020*
*Case number: BL-2019-001998*
*Appeal ref: CH-2020-000148*

CH-2020-000148

**BETWEEN**

Satfinance Investment Ltd

*Claimant and Appellant*

and

(1) Inigo Philbrick; (2) Inigo Philbrick Limited; (3) 18 Boxwood Green Limited; (4) Athena Art Finance Corp; (5) Delahunty Limited

*Defendants and Respondents*

### ORDER

Before **the Honourable Mr Justice Mann** sitting at the Rolls Building, 7 Rolls Building, Fetter Lane, London, EC4A 1NL on the 21st day of August 2020

**UPON** the application of the Appellants for permission to appeal

**IT IS ORDERED**:

1. Permission to appeal is granted.

2. The appeal will be heard at the the Royal Courts of Justice Rolls Building, 7 Rolls Buildings, Fetter Lane, London EC4A 1NL, or as a remote hearing if so directed by the judge, on a date and time to be fixed, with a time estimate of half a day. The Appellant must be prepared to submit an appeal bundle either physically or electronically as directed prior to the hearing.

### REASONS

It seems to me that the points raised by the Appellant on this appeal have a real prospect of success (as that expression is defined in the CPR and Practice Directions). Since there will be a hearing of this appeal it would not be appropriate to say more.