# EXHIBIT B

**IN THE HIGH COURT OF JUSTICE**  
**BUSINESS AND PROPERTY COURTS**  
**OF ENGLAND AND WALES**  
**BUSINESS LIST (ChD)**

Claim No: BL-2019-001998

Before the Honourable Mr Justice MANN
11 March 2020

B E T W E E N:

SATFINANCE INVESTMENT LIMITED

**Claimant**

and

(1) INIGO PHILBRICK
(2) INIGO PHILBRICK LIMITED
(3) 18 BOXWOOD GREEN LIMITED
(4) ATHENA ART FINANCE CORP

**Defendants**

_____

**ORDER FOR INSPECTION OF RELEVANT PROPERTY**
_____

# PENAL NOTICE

**IF YOU ATHENA ART FINANCE CORP DISOBEY THIS ORDER YOU MAY BE HELD TO BE IN CONTEMPT OF COURT AND ANY OF YOUR DIRECTORS MAY BE SENT TO PRISON OR FINED OR HAVE THEIR ASSETS SEIZED, AND YOU MAY BE FINED OR YOUR ASSETS MAY BE SEIZED**

**ANY OTHER PERSON WHO KNOWS OF THIS ORDER AND DOES ANYTHING WHICH HELPS OR PERMITS THE RESPONDENT TO BREACH THE TERMS OF THIS ORDER MAY ALSO BE HELD TO BE IN CONTEMPT OF COURT AND MAY BE IMPRISONED, FINED OR HAVE THEIR ASSETS SEIZED**

UPON HEARING Counsel for the Claimant (Mr Richard Edwards Q.C.)

AND UPON HEARING the Solicitor Advocate for the Fourth Defendant (Mr William Hooker)

AND UPON READING the witness statement of Mr Simon Bushell dated 4 March 2020

1

AND UPON the Court and the Claimant acknowledging that the Fourth Defendant's attendance at the hearing on 11 March 2020 does not constitute a submission to jurisdiction and is without prejudice to its pending jurisdiction challenge

IT IS ORDERED that:

1. The Fourth Defendant must send a letter to ARCIS of 122 West, 146th Street, New York, New York, 10039 United States of America, instructing ARCIS to permit access to the Claimant's agent, Ms Guilana Moreto, to inspect the painting entitled "Humidity" by Jean-Michel Basquiat ("the Painting") currently held by ARCIS on behalf of the Fourth Defendant.

2. The letter must be sent within 24 hours of service of this Order on the Fourth Defendant's solicitors and must be in the form of the draft annexed to this Order.

3. Having sent the letter, the Fourth Defendant must not countermand the instruction or otherwise take any steps to prevent ARCIS from permitting access to the Painting in accordance with the terms of the letter.

**Costs**

4. The Claimant's costs of this Application are to be paid by the Fourth Defendant on the standard basis, and are summarily assessed in the sum of £16,500.

**Variation or discharge of this order**

5. Any person affected by this Order (other than the Fourth Defendant) may apply to the Court at any time to vary or discharge it, but any person wishing to do so must inform the Claimant's Solicitors in writing at least 48 hours beforehand.

**Name and address of Claimant's Solicitors**

6. The Claimant's Solicitors are:

    Signature Litigation, 138 Fetter Lane, London EC4A 1BT.
    Telephone number: 020 3818 3500
    The Consultant dealing with the matter is Mr Simon Bushell
    Email: Simon.Bushell@signaturelitigation.com

Please quote reference: SJB/TR2553.1

**Service of this Order**

7.  The court has provided a sealed copy of this order to the serving party:

Signature Litigation LLP**,** 138 Fetter Lane, London EC4A 1BT

3

[On Athena letter head]

[date] 2020

ARCIS
122 West 146th Street
New York
New York 10039

Dear Sirs/Madams

The painting entitled *Humidity* by Jean-Michel Basquiat (the "**Painting**") is currently held by you at your New York premises on our account and subject to the terms of our agreement with you.

We hereby provide you with irrevocable instructions to permit Ms Guilana Moreto of Contemporary Conservation Limited to attend your premises for the purposes of viewing and preparing a condition report of Painting on behalf of Satfinance Investment Limited.

Arrangements for the date and time of Ms Moreto's attendance should be made directly between you and Ms Moreto, and you should comply with any reasonable requirements of Ms Moreto in respect of how the Painting is displayed and/or any other requirements or requests made by Ms Moreto which are necessary for the completion of her report.

Please confirm in writing that you will comply with these instructions, and again once a date and time for Ms Moreto's attendance has been confirmed.

Yours faithfully


**Athena Art Finance Corp**