# EXHIBIT C

Athena Art Finance Corp.
300 Park Avenue
15th Floor
New York, NY 10022
(212) 937-7964

March 11, 2020

<u>Via email</u>

ARCIS
122 West 146th Street
New York, New York 10039
rzarnegar@arcisartstorage.com

Dear Roxanna,

The painting entitled *Humidity* by Jean-Michel Basquiat (the **"Painting"**) is currently held by you at your New York premises on our account and subject to the terms of our agreement with you.

We hereby provide you with irrevocable instructions to permit Ms Guilana Moreto of Contemporary Conservation Limited to attend your premises for the purposes of viewing and preparing a condition report of Painting on behalf of Satfinance Investment Limited.

Arrangements for the date and time of Ms. Moreto's attendance should be made directly between you and Ms. Moreto, and you should comply with any reasonable requirements of Ms. Moreto in respect of how the Painting is displayed and/or any other requirements or requests made by Ms. Moreto which are necessary for the completion of her report.

Please confirm in writing that you will comply with these instructions, and again once a date and time for Ms. Moreto's attendance has been confirmed. If you have any questions, please do not hesitate to reach out.

Yours faithfully

**Athena Art Finance Corp**

1