UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X

ATHENA ART FINANCE CORP.,

                Plaintiff,

  -against-

THAT CERTAIN ARTWORK BY JEAN-MICHEL
BASQUIAT ENTITLED HUMIDITY, 1982,
IN REM,

                Defendant-in-Rem.
------------------------------------X

ORDER

20 Civ. 4669 (GBD)

GEORGE B. DANIELS, District Judge:

The parties are ordered to submit a letter no later than Friday, October 9, 2020, apprising this Court as to the status of this matter. The letter should include information regarding the upcoming October 15, 2020 initial conference, including but not limited to what the parties intend to discuss at the conference, which parties are expected to attend the conference, and the status of the appeal pending in the United Kingdom.

Dated: October 6, 2020
      New York, New York

SO ORDERED.

*George B Daniels*
GEORGE B. DANIELS
UNITED STATES DISTRICT JUDGE