UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x

ATHENA ART FINANCE CORP.,

                Plaintiff,

  -against-

THAT CERTAIN ARTWORK BY JEAN-MICHEL
BASQUIAT ENTITLED HUMIDITY, 1982,
IN REM,

                Defendant-in-Rem.

------------------------------------- x

ORDER

20 Civ. 4669 (GBD)

GEORGE B. DANIELS, District Judge:

The October 15, 2020 initial conference is adjourned to December 10, 2020 at 9:30 am.

The parties are directed to exchange Rule 26 initial disclosures by December 1, 2020. All other discovery is stayed until further order of this Court on or before December 10, 2020.

Dated: October 13, 2020
      New York, New York

SO ORDERED.

_____
GEORGE B. DANIELS
UNITED STATES DISTRICT JUDGE