UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ATHENA ART FINANCE CORP.,

              *Plaintiff*,

-against-

THAT CERTAIN ARTWORK BY JEAN-MICHEL BASQUIAT ENTITLED *HUMIDITY*, 1982, IN REM,

              *Defendant-in-Rem.*

Case No. 20 Civ. 4669

Judge George B. Daniels

## MOTION AND DECLARATION PURSUANT TO LOCAL RULE 1.4 FOR LEAVE TO WITHDRAW AS ATTORNEY OF RECORD

      I, Webster D. McBride, an attorney of record for Interested Party and Intervenor-Plaintiff Satfinance Investment Limited ("SIL"), hereby move the Court pursuant to Local Rule 1.4 for an order, substantially in the form attached hereto as Exhibit A, granting me leave to withdraw as attorney of record in the above-captioned case. In support thereof, and pursuant to 28 U.S.C. § 1746, I declare as follows:

      1.     Effective as of the close of business on November 13, 2020, I will no longer be associated with Hughes Hubbard & Reed LLP ("Hughes Hubbard"), which firm represents SIL.

      2.     Hughes Hubbard, including Derek J.T. Adler, Esq., will continue to represent SIL. Mr. Adler is fully familiar with the litigation and proceedings to date.

      3.     I do not foresee that my withdrawal will result in prejudice to any party or delay in the litigation of this case.

      4.     I am not asserting a retaining or charging lien.

      5.     The filing of this motion electronically using the Court's CM/ECF system

constitutes service on all parties and their registered attorneys of record.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on November 6, 2020.

/s/ Webster D McBride  
Webster D. McBride