# MAZZOLA LINDSTROM LLP

Wendy J. Lindstrom  
wendy@mazzolalindstrom.com

D: 646.216.8440  
M: 516.680.2889

December 7, 2020

**Via ECF**

Hon. George B. Daniels, USDJ  
Daniel Patrick Moynihan United States Courthouse  
500 Pearl St.  
New York, NY 10007-1312

         **Re:**    **Athena Art Finance Corp. v. Certain Artwork by Jean-Michel Basquiat entitled *Humidity*, 1982, *in Rem*  
Case No. 20-cv-4669 (GBD)**

Dear Judge Daniels:

      The parties write to jointly seek a brief adjournment of the initial conference in this matter, currently scheduled for December 10th, until January 22, 2021 (or Judge Daniels' next available conference date thereafter). There is a dispute amongst the parties as to whether a stay of these proceedings is appropriate during the pendency of a decision on an appeal in the United Kingdom. Athena asserts that the parties should move forward with discovery, because this action involves a secured lender's rights to collateral that is located here in the United States, the parties entered appearances and filed claims on the basis that they have purported interests in the artwork, and the parties have already exchanged Rule 26 disclosures. Satfinance Investment Limited and Delahunty Limited argue that discovery should be stayed until the decision on the appeal.

      Notwithstanding, in order to conserve judicial resources and in light of the upcoming holidays, the parties are amenable to a brief adjournment of this initial conference until January 22nd or Judge Daniels' next available conference opening thereafter.

Sincerely,

*Wendy J. Lindstrom*  
Wendy J. Lindstrom

cc: *To all parties via ecf*