USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #
DATE FILED: JAN 2 7 202

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------X

ATHENA ART FINANCE CORP.,

                    Plaintiff,            Case No. 20-cv-4669  (GBD)

    -against-

that

CERTAIN ARTWORK BY JEAN-MICHEL        Civil Case Management Plan
BASQUIAT ENTITLED HUMIDITY, 1982,     and Scheduling Order
In Rem,

                   Defendant,

SATFINANCE INVESTMENT LIMITED and
DELAHUNTY LIMITED d/b/a
DELAHUNTY FINE ART,

             Interested Parties.

-----------------------------------------------------------------X

     After consultation with counsel for the parties, the following Case Management Plan is adopted. This plan is also a scheduling order pursuant to Rules 16 and 26(f) of the Federal Rules of Civil Procedure.

     1.    ~~An initial pretrial~~ conference will be held on Thursday, January 28, 2021, at 9:30 a.m. ~~at the United States District Courthouse, 500 Pearl Street, New York, New York, Courtroom 11A.~~

     2.    No additional parties may be joined after April 22, 2021.

     3.    No amendment to the pleadings will be permitted after April 22, 2021.

     4.    Except for good cause shown, all discovery shall be commenced in time to be completed by June 28, 2021. The court expects discovery to be completed within 90 days of the first scheduling conference unless, after the expiration of that 90 days period, all counsel stipulate that additional time (not to exceed 60 more days) is needed to complete discovery. In such event, discovery may be extended by the parties on consent, without application to the court, provided the parties are certain they can still meet the discovery completion date ordered by the court. The discovery completion date shall not be adjourned except upon a showing of extraordinary circumstances. Initial requests for production and interrogatories (as provided for by S.D.N.Y. Local Rules) shall be served on or before Friday, February 19, 2021, and written responses and responsive documents shall be provided so that they are received on or before Monday, March 22, 2021. Follow-up requests for document production shall be served on or before Monday, April 5, 2021, and written responses and responsive documents shall be provided so that they are received on or before Friday, May 7, 2021. Depositions of the parties shall be completed by

Friday, June 11, 2021. Non-party deposition subpoenas shall be served on or before Friday, June 18, 2021.

5.      Expert reports shall be served on Monday, June 28, 2021. Rebuttal reports will be exchanged on Monday, July 26, 2021 and expert discovery will be completed by Friday, August 27, 2021.

6.      Dispositive motions are to be served by Monday, September 20, 2021. Answering papers are to be served within 28 days. Reply papers are to be served within 14 days.

7.      In the event a dispositive motion is made, the date for submitting the Joint Pretrial Order shall be set by the Court, but no earlier than three weeks from the decision on the motion. The final pretrial conference shall be adjourned to a date four weeks from the decision on the motion.  Should no party submit a dispositive motion, the Joint Pretrial Order will be filed no later than September 20 , 2021 and a final pretrial conference will be held on October 21 , 2021.

8.      The requirements for the pretrial order and other pretrial submissions shall be governed by the court's Individual Rules of Practice.

9.      All motions and applications shall be governed by the court's Individual Rules of Practice.

10.      The parties shall be ready for trial within 48 hours, notice on or after November 15, 2021. The estimated trial time is 3-4 days, and this is a jury trial.

11. A Status Conference will be held on April 22; 2021, at 9:45 a.m.
                                                          March 18          10:00

Dated: January 25, 2021
New York, New York

ATHENA ART FINANCE CORP.,

*Wendy J. Lindstrom*

Wendy J. Lindstrom
MAZZOLA LINDSTROM LLP
1350 Avenue of the Americas, 2nd Floor
New York, New York 10019
T: 646.813.4345
wendy@mazzolalindstrom.com

DELAHUNTY FINE ART LTD.

*[signature]*

Gregory A. Clarick
Clarick Gueron Reisbaum LLP
220 Fifth Avenue
New York, NY 10001
212-633-4313
gclarick@cgr-law.com

SATFINANCE INVESTMENT LIMITED

*[signature]*

Judd B. Grossman
GROSSMAN LLP
745 Fifth Avenue, 5th Floor
New York, NY 10151
T: 646-770-7445
jgrossman@grossmanllp.com

ʼJAN 2 7 2021ʺ

So Ordered

*[signature]*

Hon. George B. Daniels, USDJ