UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- x

ATHENA ART FINANCE CORP.,

                Plaintiff,

-against-

THAT CERTAIN ARTWORK BY JEAN-MICHEL
BASQUIAT ENTITLED HUMIDITY, 1982,
IN REM,

                Defendant-in-Rem.
------------------------------------- x

20 Civ. 4669 (GBD)

ORDER

GEORGE B. DANIELS, District Judge:

The January 28, 2021 conference is adjourned to March 18, 2021 at 10:00 a.m.

Dated: January 27, 2021
      New York, New York

SO ORDERED.

*George B Daniels*
GEORGE B. DANIELS
UNITED STATES DISTRICT JUDGE