UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ATHENA ART FINANCE CORP.,

        *Plaintiff*,

   -against-

that
CERTAIN ARTWORK BY JEAN-MICHEL BASQUIAT ENTITLED HUMIDITY, 1982, *In Rem*,

        *Defendant*,

SATFINANCE INVESTMENT LIMITED and DELAHUNTY LIMITED d/b/a DELAHUNTY FINE ART,

        *Interested Parties*.

Case No. 20-cv-4669(GBD)

Hon. George B. Daniels

**NOTICE OF MOTION FOR A PRELIMINARY INJUNCTION**

---

SATFINANCE INVESTMENT LIMITED,

        *Intervenor-Plaintiff*,

   -against-

ATHENA ART FINANCE CORP. and
that CERTAIN ARTWORK BY JEAN-MICHEL BASQUIAT ENTITLED HUMIDITY, 1982, *In Rem*,

        *Intervenor-Defendants*.

PLEASE TAKE NOTICE that, upon the accompanying February 17, 2021, Memorandum of Law in Support of its Motion for a Preliminary Injunction, the February 17, 2021, Declaration of Aleksandar Pesko and the exhibits attached thereto; the February 17, 2021, Declaration of Judd B. Grossman, Esq. and the exhibits attached thereto; and all papers and proceedings in this action, Interested Party and Intervenor-Plaintiff Satfinance Investment Limited will move in this Court, before the Honorable George B. Daniels, United States District Judge, at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, Courtroom 11A, in the City, County and State of New York, on March 18, 2021, at 11:30 am, or as soon thereafter as counsel may be heard, for an order under Rule 65 of the Federal Rules of Civil Procedure:

(i) Enjoining Plaintiff Athena Art Finance Corp. ("Athena") from selling, transferring, or otherwise disposing of the *in rem* Defendant, that certain artwork by Jean-Michel Basquiat, entitled "Humidity," 1982, during the pendency of this action or until further Order of this Court; and

(ii) Granting any such other and further relief as the Court deems just and proper.

PLEASE TAKE FURTHER NOTICE, that by stipulation, Athena's answering papers, if any, shall be filed and served upon all counsel via ECF not later than March 8, 2021, and reply papers, if any, shall be filed and served upon all counsel via ECF not later than the March 15, 2021.

Dated: February 18, 2021
      New York, New York

**GROSSMAN LLP**

By: *[signature: Judd Grossman]*
Judd B. Grossman
Lindsay E. Hogan
745 Fifth Avenue, 5th Floor
New York, New York 10151
Telephone: (646) 770-7445
Facsimile: (646) 417-7997

-and-

**HUGHES HUBBARD & REED LLP**
Derek J.T. Adler, Esq.
One Battery Park Plaza, 12th Floor
New York, New York 10004
Telephone: (212) 837-6000
Facsimile: (212) 422-4726

*Attorneys for Satfinance Investment Limited*