EXHIBIT "F"



BASQUIAT
29 JUL 16 PHILLIPS

BASQUIAT    TT    29/07/2016    -2,500,000.00

| BASQUIAT 15 SEPT 16 PHILLIPS | BASQUIAT | TT | 15/09/2016 | -5,000,000.00 |

| BASQUIAT 15 SEPT 16 PHILLIPS | BASQUIAT | TT | 15/09/2016 | -5,000,000.00 |

| | | | | |
|---|---|---|---|---|
| BASQUIAT<br>11 OCT 16 PHILLIPS | | BASQUIAT | TT | 11/10/2016 | -5,000,000.00 |

Page 2

Online Security   HSBC Group

Terms and Conditions of Use   Privacy and Data Protection Statement   HSBCnet condition of national language use   ICP 15029387

No endorsement or approval of any third parties or their advice, opinions, information, products or services is expressed or implied by any information on this Site or by any hyperlinks to or from any third party websites or pages. Your use of this website is subject to the terms and conditions governing it. Please read these terms and conditions before using the website.