EXHIBIT "I"

**INIGO PHILBRICK LTD.**
5 Grosvenor Street
Mayfair, London W1K 3HY

## TRANSFER OF TITLE

For good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and is set forth on the invoice attached hereto, on 7-April-2017, INIGO PHILBRICK LTD. (a limited liability company registered in England and Wales under company number 09053929 with a principal place of business at 5 Grosvenor Street, Mayfair, London, W1K 3HY) transferred to 18 BOXWOOD GREEN LIMITED (a limited liability company incorporated under the laws of Jersey (company number 119821) having a registered office at First Floor, 7 Esplanade, St Helier, Jersey JE2 3QA) all right, title and interest to and in the artwork listed in Schedule A attached hereto.

INIGO PHILBRICK LTD.

By: _____
Name: Inigo Philbrick
Title: Director

Witness: _____

Name: SIMON MITCHELL
Residing at: 27, FERMOR ROAD, LONDON, SE23 2HW
Telephone: 07719 425 341
Email: simon@inigophilbrick.com

## SCHEDULE A

Jean Michel Basquiat, *Humidity (1982)*, 96" x 72"

# INIGO PHILBRICK

Raised: 7 April 2017

**INVOICE Inv. 377**

Inigo Philbrick Limited
22 Davies Street
London
W1K 3DF
United Kingdom

18 Boxwood Green Limited
First Floor
7 Esplanade
St Helier
JE2 3QA
Jersey

| | |
|---|---|
| JEAN-MICHEL BASQUIAT<br>Humidity, 1982<br>Acrylic, oilstick, and Xerox collage on canvas<br>243.8 x 182.9 cm (96 x 72 in.) | 12,500,000 USD |
| Sub Total | 12,500,000 USD |
| Tax Out of ECC (0%) | 0 USD |
| Balance | 12,500,000 USD |

**Bank:** Santander
**Account Name:** Inigo Philbrick Ltd
**Account Number:** 00053379
**Sort Code:** 09 07 15
**IBAN:** GB06ABBY09071500053379
**Swift Code:** ABBYGB2L

**Company Number:** 09053929
**VAT Number:** GB192599261

Additional Notes

Zero-rated for VAT, artwork in USA at time of sale