EXHIBIT "J"

To: 18 Boxwood Green Limited ("18 BGL")

From: Athena Art Finance Corp. ("Athena")

Date: 7-April-2017

Re: Loan and Security Agreement, dated as of 31-March-2017 (the "Loan and Security Agreement"), by and between 18 BGL and Athena

_____

    Reference is hereby made to the Loan and Security Agreement. Capitalized terms used herein and not defined have the meanings set forth in the Loan and Security Agreement.

    Pursuant to Section 3.4 of the Loan and Security Agreement, a Collateral Addition has been effectuated as of 7-April-2017. In connection with such Collateral Addition, Schedule A of the Loan and Security Agreement has (in accordance with Section 3.5 thereof) been automatically amended by Athena to reflect such Collateral Addition. Set forth on Annex A hereto is such amended Schedule A.

cc: Inigo Philbrick
       Robert Newland

*ANNEX A*

SCHEDULE A

ARTWORK COLLATERAL PIECES

| ARTIST, TITLE OF WORK, AND DESCRIPTION | LOCATION | ARTWORK COLLATERAL PIECE VALUE |
|---|---|---|
| Donald Judd, *Untitled (1967)*, 5" x 69" x 8" | Approved Storage Facility | ███ |
| Rudolf Stingel, *Untitled (1994)*, 68" x 52.75" | Approved Storage Facility | ███ |
| Mark Bradford, *Rat Catcher of Hamelin II, (2011)*, 120" x 126" | Approved Storage Facility | ███ |
| Rudolf Stingel, *Untitled (2015)*, 83" x 67" (each, 3 parts) | Approved Storage Facility | ███ |
| Mark Bradford, *Untitled (2015)*, 132" x 120" | Approved Storage Facility | ███ |
| Jean Michel Basquiat, *Humidity (1982)*, 96" x 72" | Approved Storage Facility | ███ |