EXHIBIT "K"

# SIGNATURE

Signature Litigation LLP
138 Fetter Lane
London EC4A 1BT

T: +44 (0)20 3818 3500
F: +44 (0)20 3818 3501

29 October 2019

**By email**

FAO: Rebecca Fine
Athena Art Finance Corp
12th Floor
400 Park Avenue
New York
New York 10022

**Your ref**
**Our ref**     SJB/TR/2549.1

Dear Sirs/Madams

**Satfinance Investment Limited -v- (1) Inigo Philbrick (2) Inigo Philbrick Limited (3) 18 Boxwood Green Limited (4) Athena Art Finance Corp**

We have been instructed to act for Satfinance Investment Limited ("**SIL**").

Please find enclosed a bundle of documents comprising the following:

1. Claim Form and Particulars of Claim (in draft);

2. Application Notice and Order (in draft);

3. Witness Statement of Aleksandar Pesko and Exhibit AP1 (in draft); and

4. Witness Statement of Simon John Bushell and Exhibit SJB1 (in draft).

The above documents explain in detail SIL's ownership rights in Humidity by Jean Michael Basquiat, and seek appropriate relief as a matter of urgency. All of the enclosed documents will be signed in the morning and issued shortly thereafter. We anticipate seeking a hearing to determine our SIL's Application towards the end of this week and we will notify you as soon as possible of the hearing date and time.

In the meantime, if you have any questions or queries please contact Simon Bushell of this firm.

Yours faithfully

*Signature Litigation LLP*

**Signature Litigation LLP**

enc

Signature Litigation LLP is a limited liability partnership registered in England & Wales with registered number OC371068 and is authorised and regulated by the Solicitors Regulation Authority. A list of LLP members is available for inspection at the LLP's registered address: 138 Fetter Lane, London, EC4A 1BT. The word "partner" denotes a member of the LLP, or an employee or consultant with equivalent standing and qualifications.