# EXHIBIT "F"

# HSBCnet

Account Information

Accounts  400515-74715599  ×

| | | | | | |
|---|---|---|---|---|---|
| Account number | 400515-74715599 | Account type | Current account | Closing ledger balance brought forward from 11/11/20 | |
| Account name | INIGO PHILBRICK LTD | Account status | Active | Closing available balance brought forward from 11/11 | |
| Location | GB | Currency | USD | Current ledger balance as at  12/11/2016 08:26 | |
| Bank name | HSBC Bank plc | | | Current available as at   12/11/2016 08:26 | |
| BIC | MIDLGB22 | | | | |
| IBAN | GB48MIDL40051574715599 | | | | |

**Balances**   **Statements**   Historic statements view

Filter

| Period | Date Range | | Transaction Type | Debit/Credit | Date T |
|---|---|---|---|---|---|
| Previous 90 days | dd/mm/yyyy   To   dd/mm/yyyy | | All | Both | Post |

Apply filters   Reset all   Save as default

Page   1

| Bank reference | Narrative | Show less (-) | Customer reference | TRN type | Value date (dd/mm/yyyy) | Credit amount | Debit amount | |
|---|---|---|---|---|---|---|---|---|

BASQUIAT
29 JUL 16 PHILLIPS

BASQUIAT   TT   29/07/2016   -2,500,000.00

| | | | | |
|---|---|---|---|---|
| BASQUIAT<br>15 SEPT 16 PHILLIPS | | BASQUIAT | TT | 15/09/2016 | -5,000,000.00 |

| | | | | |
|---|---|---|---|---|
| BASQUIAT<br>15 SEPT 16 PHILLIPS | | BASQUIAT | TT | 15/09/2016 | -5,000,000.00 |

| BASQUIAT<br>11 OCT 16 PHILLIPS | BASQUIAT | TT | 11/10/2016 | -5,000,000.00 |

Page 2

Online Security    HSBC Group

Terms and Conditions of Use    Privacy and Data Protection Statement    HSBCnet condition of national language use    ICP 15029387

No endorsement or approval of any third parties or their advice, opinions, information, products or services is expressed or implied by any information on this Site or by any hyperlinks to or from any third party websites or pages. Your use of this website is subject to the terms and conditions governing it. Please read these terms and conditions before using the website.