# MAZZOLA LINDSTROM LLP

Wendy J. Lindstrom
wendy@mazzolalindstrom.com

T: 646.216.8440
M: 516.680.2889

March 17, 2021

**Via ECF**

Hon. George B. Daniels, USDJ
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

        RE:    Athena Art Finance Corp. v. Certain Artwork by Jean-Michel Basquiat entitled Humidity, 1982
                 Docket No.: 20-cv-04669

Dear Judge Daniels:

    We represent plaintiff Athena Art Finance Corp. ("Athena") in this *in rem* action against that Certain Artwork by Jean-Michel Basquiat entitled *Humidity*, 1982 (the "Painting").

    As communicated to chambers this afternoon, the parties have reached a resolution of the motion that was scheduled to be heard tomorrow before Your Honor, and have submitted a stipulation for the Court's approval. As tomorrow's hearing was also scheduled as an initial conference, the parties request that the Court reschedule the initial conference for some time during the last two weeks of June. Counsel for SIL and Delahunty join in this request.

                                    Respectfully submitted,

                                    MAZZOLA LINDSTROM, LLP
                                  */s/ Wendy J. Lindstrom*
                                  Wendy J. Lindstrom

Enclosure: Stipulation / proposed order resolving motion

cc:  All counsel (via ECF)