UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
ATHENA ART FINANCE CORP.,

                              Plaintiff,                Case No. 20-cv-4669

   -against-

that

                                                                       **Stipulation / Proposed Order**

CERTAIN ARTWORK BY JEAN-MICHEL BASQUIAT
ENTITLED HUMIDITY, 1982, *In Rem*,

                              Defendant,

SATFINANCE INVESTMENT LIMITED and
DELAHUNTY LIMITED d/b/a DELAHUNTY FINE ART,

                              Interested Parties.
------------------------------------------------------------------------X

    **Whereas**, Satfinance Investment Limited ("SIL") filed a motion for a preliminary injunction on February 18, 2021;

    **Whereas**, Athena opposed such motion;

    Whereas, a hearing on the motion is scheduled for 10:00 am on March 18, 2021; and

    **Whereas**, in the interest of judicial economy, the undersigned parties hereto have reached a mutually satisfactory agreement which obviates the need for a hearing and request that this stipulation be so-ordered by the court;

    It is hereby **stipulated** and **agreed** that,

1. Plaintiff Athena agrees not to sell, transfer, physically move from its current location at Athena's art storage facility, or otherwise dispose of the In Rem Defendant, a 1982 painting by Jean-Michel Basquiat entitled Humidity ("Humidity") during the pendency of this action and/or a forfeiture proceeding, subject to further agreement of the parties or order of the Court; and

2. SIL's motion is withdrawn;

3. The hearing scheduled for 10:00 am on March 18, 2021 is cancelled.

Dated: New York, New York
       March 17, 2021

| ATHENA ART FINANCE CORP., | SATFINANCE INVESTMENT LIMITED |
|---|---|
| *Wendy J. Lindstrom* (signature) | *Judd* (signature) |
| _____ | _____ |
| Wendy J. Lindstrom | Judd B. Grossman |
| MAZZOLA LINDSTROM LLP | Lindsay E. Hogan |
| 1350 Avenue of the Americas, 2nd Floor | GROSSMAN LLP |
| New York, New York 10019 | 745 Fifth Avenue, 5th Floor |
| M: 516-680-2889 | New York, NY 10151 |
| wendy@mazzolalindstrom.com | T: 646-770-7445 |
|  | jgrossman@grossmanllp.com |
|  | lhogan@grossmanllp.com |

DELAHUNTY FINE ART LTD.

*G.A. C* (signature)
_____
Gregory A. Clarick
Clarick Gueron Reisbaum LLP
220 Fifth Avenue
New York, NY 10001
212-633-4313
gclarick@cgr-law.com

So Ordered

_____
Hon. George B. Daniels, USDJ

2