UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------ x

ATHENA ART FINANCE CORP.,

                    Plaintiff,

  -against-

THAT CERTAIN ARTWORK BY JEAN-MICHEL
BASQUIAT ENTITLED HUMIDITY, 1982,
IN REM,

              Defendant-in-Rem.

------------------------------------ x

ORDER

20 Civ. 4669 (GBD)

GEORGE B. DANIELS, District Judge:

The parties will appear for a status conference on June 17, 2021 at 9:00 a.m.

Dated: March 18, 2021
      New York, New York

SO ORDERED.

*[signature]*
GEORGE B. DANIELS
UNITED STATES DISTRICT JUDGE