

745 Fifth Avenue, 5th Floor, New York, NY 10151
T. 646-770-7445   F. 646-417-7997
GROSSMANLLP.COM

May 4, 2021

**VIA ECF**

Hon. George B. Daniels
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street, Courtroom 11A
New York, New York  10007

   Re: *Athena Art Finance v. Certain Artwork by Jean-Michel Basquiat, in Rem*,
      Case No. 20 Civ. 4669 (GBD)
      **Response to Athena's May 4, 2021, Letter**

Dear Judge Daniels,

  We write on behalf of Intervenor-Plaintiff Satfinance Investment Limited ("SIL") to respond to Athena's May 4, 2021, letter (Dkt. No. 78) stating that in response to SIL's pre-motion conference request (Dkt. No. 77), Athena began, and now has completed its document production.  To be clear, SIL was prepared to comply with the March 22, 2021, Court-ordered document-production deadline, but held off on doing so at the time in light of Athena's request for a "short" adjournment, which SIL agreed to as a courtesy.  When several days turned into well over one month, SIL produced its documents and demanded that Athena promptly do the same, which again it did not do despite several assurances, which is what prompted SIL's letter to the Court.  Notwithstanding the foregoing, in light of Athena's representation that it has "completed" its document production, SIL respectfully withdraws without prejudice its pre-motion conference request.

                Respectfully submitted,

                Judd B. Grossman

cc:  All counsel (via ECF)