# MAZZOLA LINDSTROM LLP

Wendy J. Lindstrom  
wendy@mazzolalindstrom.com

T: 646.216.8440  
M: 516.680.2889

June 11, 2021

**Via ECF**

Hon. George B. Daniels, USDJ  
Daniel Patrick Moynihan  
United States Courthouse  
500 Pearl St.  
New York, NY 10007-1312

RE: Athena Art Finance Corp. v. Certain Artwork by Jean-Michel Basquiat entitled Humidity, 1982  
Docket No.: 20-cv-04669

**Request to Adjourn June 17, 2021 Status Conference**

Dear Judge Daniels:

We represent plaintiff Athena Art Finance Corp. ("Athena") in this *in rem* action against that Certain Artwork by Jean-Michel Basquiat entitled *Humidity*, 1982 (the "Painting"). We write jointly on behalf of Athena, as well as interested party/intervenor-plaintiff Satfinance Investment Ltd. and interested party Delahunty Ltd. to request an adjournment of the upcoming status conference currently scheduled for June 17, 2021. There has been no prior request for an adjournment.

All parties have agreed to meet for mediation on June 21, 2021, and wish to adjourn the conference until it is determined whether the case can be settled through mediation.

Attached for the Court's consideration is a proposed amended scheduling order containing new discovery and other deadlines.

Respectfully submitted,

MAZZOLA LINDSTROM, LLP

*/s/ Wendy J. Lindstrom*

Wendy J. Lindstrom

cc: All counsel (via ECF)