UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------X

ATHENA ART FINANCE CORP.,

         Plaintiff,      Case No. 20-cv-4669 (GBD)

   -against-

that

CERTAIN ARTWORK BY JEAN-MICHEL   **[PROPOSED] Amended**
BASQUIAT ENTITLED HUMIDITY, 1982,   **Civil Case Management**
*In Rem*,              **<u>Plan and Scheduling Order</u>**

         Defendant,

SATFINANCE INVESTMENT LIMITED and
DELAHUNTY LIMITED d/b/a
DELAHUNTY FINE ART,

         Interested Parties.

-----------------------------------------------------------------X

   After consultation with counsel for the parties, the following Case Management Plan is adopted. This plan is also a scheduling order pursuant to Rules 16 and 26(f) of the Federal Rules of Civil Procedure.

   1.   No additional parties may be joined after **July 8, 2021**.

   2.   No amendment to the pleadings will be permitted after **July 8, 2021**.

   3.   Upon good cause shown, the documentary discovery deadline is extended an additional 60 days, and all documentary discovery shall now be commenced in time to be completed by **Friday, August 27, 2021**. Follow-up requests for document production shall be served on or before **Wednesday, July 8, 2021**, and written responses and responsive documents shall be provided so that they are received on or before **Friday, August 23, 2021**. Depositions of the parties shall be completed by **Friday, September 24, 2021**. Non-party deposition subpoenas shall be served on or before **Friday, August 20, 2021**.

   5.   Expert reports shall be served on **Friday, August 27, 2021**. Rebuttal reports will be exchanged on **Thursday, September 23, 2021,** and expert discovery will be completed by **Monday, October 25, 2021.**

   6.   Dispositive motions are to be served by **Monday, November 15, 2021**. Answering papers are to be served within 28 days. Reply papers are to be served within 14 days.

   7.   In the event a dispositive motion is made, the date for submitting the Joint Pretrial Order shall be set by the Court, but no earlier than three weeks from the decision on the motion.

The final pretrial conference shall be adjourned to a date four weeks from the decision on the motion. Should no party submit a dispositive motion, the Joint Pretrial Order will be filed no later than **November 15, 2021,** and a final pretrial conference will be held on _____, 2021.

8.      The requirements for the pretrial order and other pretrial submissions shall be governed by the court's Individual Rules of Practice.

9.      All motions and applications shall be governed by the court's Individual Rules of Practice.

10.     The parties shall be ready for trial within 48 hours, notice on or after _____, 2021. The estimated trial time is 3-4 days, and this is a jury trial.

Dated: June 11, 2021
       New York, New York

ATHENA ART FINANCE CORP.,

*/s/ Wendy J. Lindstrom*
Wendy J. Lindstrom
MAZZOLA LINDSTROM LLP
1350 Avenue of the Americas, 2nd Floor
New York, New York 10019
T: 646.813.4345
wendy@mazzolalindstrom.com


DELAHUNTY FINE ART LTD.

  /s/ Gregory A. Clarick by REL per EW
Gregory A. Clarick
Clarick Gueron Reisbaum LLP
220 Fifth Avenue
New York, NY 10001
212-633-4313
gclarick@cgr-law.com

SATFINANCE INVESTMENT LIMITED
   /s/ Judd B. Grossman  by REL per LEH
Judd B. Grossman
GROSSMAN LLP
745 Fifth Avenue, 5th Floor
New York, NY 10151
T: 646-770-7445
jgrossman@grossmanllp.com



So Ordered

_____
Hon. George B. Daniels, USDJ