UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------ x

ATHENA ART FINANCE CORP.,

                        Plaintiff,
   -against-

THAT CERTAIN ARTWORK BY JEAN-MICHEL
BASQUIAT ENTITLED HUMIDITY, 1982,
IN REM,

                Defendant-in-Rem.
------------------------------------ X

ORDER

20 Civ. 4669 (GBD)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: JUN 1 5 2021

GEORGE B. DANIELS, District Judge:

The status conference is adjourned from June 17, 2021 to August 18, 2021 at 9:30 a.m.

Dated: June 15, 2021
       New York, New York

SO ORDERED.

*[signature]*

GEORGE B. DANIELS
UNITED STATES DISTRICT JUDGE