# MAZZOLA LINDSTROM LLP

Wendy J. Lindstrom  
wendy@mazzolalindstrom.com

T: 646.216.8440  
M: 516.680.2889

August 3, 2021

**Via ECF**

Hon. George B. Daniels, USDJ  
Daniel Patrick Moynihan  
United States Courthouse  
500 Pearl St.  
New York, NY 10007-1312

RE: Athena Art Finance Corp. v. Certain Artwork by Jean-Michel Basquiat entitled Humidity, 1982  
Docket No.: 20-cv-04669

**Request for Written Response to SIL Pre-Motion Discovery Conference Request of July 30, 2021**

Dear Judge Daniels:

We represent plaintiff Athena Art Finance Corp. ("Athena") in this *in rem* action against that Certain Artwork by Jean-Michel Basquiat entitled *Humidity*, 1982 (the "Painting").

We write to request an opportunity to respond in writing to the pre-motion discovery conference request filed by intervenor plaintiff Satfinance Investment Limited ("SIL") on Friday, July 30, 2021, so that the Court can have the benefit of both parties' positions before deciding whether or not to grant and/or conducting a discovery conference in this case. Athena's proposed response would be submitted on or before Wednesday, August 11, 2021, which date SIL has consented to.

Respectfully submitted,

MAZZOLA LINDSTROM, LLP

/s/ Wendy J. Lindstrom

Wendy J. Lindstrom

cc: All counsel (via ECF)