**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------- x

ATHENA ART FINANCE CORP.,

                Plaintiff,

  -against-

THAT CERTAIN ARTWORK BY JEAN-MICHEL
BASQUIAT ENTITLED HUMIDITY, 1982,
IN REM,

                Defendant-in-Rem.

------------------------------------- x

ORDER

20 Civ. 4669 (GBD)(DCF)

GEORGE B. DANIELS, District Judge:

    The August 18, 2021 status conference is cancelled, in light of this Court's referral to Magistrate Judge Freeman for General Pretrial and resolution of non-dispositive motions and disputes.

Dated: August 9, 2021
       New York, New York

                                    SO ORDERED.

                                    *George B. Daniels*
                                    GEORGE B. DANIELS
                                    UNITED STATES DISTRICT JUDGE