SO ORDERED

VALERIE FIGUEREDO
United States Magistrate Judge
5.3.2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
ATHENA ART FINANCE CORP.,

                              Plaintiff,         Case No. 20-cv-4669 (GBD) (DCF)

    -against-

that

CERTAIN ARTWORK BY JEAN-MICHEL          **[PROPOSED] Amended**
BASQUIAT ENTITLED HUMIDITY, 1982,          **Civil Case Management**
*In Rem*,                                                          **Plan and Scheduling Order**

                              Defendant,

SATFINANCE INVESTMENT LIMITED and
DELAHUNTY LIMITED d/b/a
DELAHUNTY FINE ART,

                              Interested Parties.

------------------------------------------------------------------X

      WHEREAS, Plaintiff Athena Art Finance Corp. ("Athena"), and Interested Parties Satfinance Investment Limited ("SIL") and Delahunty Limited d/b/a Delahunty Fine Art ("Delahunty") (collectively, the "Parties"), have agreed to the following schedule for the depositions of the Parties, absent extraordinary circumstances: (i) SIL, May 3, 2022; (ii) Delahunty, May 4, 2022; (iii) Cynthia Sachs (former Athena employee), May 10, 2022; and (iv) Athena, May 11, 2022.

      Therefore, after consultation with counsel for the Parties, the following Case Management Plan is adopted. This plan is also a scheduling order pursuant to Rules 16 and 26(f) of the Federal Rules of Civil Procedure:

| **Event** | **Current Date (Dkt. No. 101-1)** | **Updated Date** |
|---|---|---|
| Document discovery deadline | **3/31/22** | **5/2/22** |
| Party depositions deadline | **4/15/22** | **5/27/22** |
| Non-party deposition subpoenas deadline | **3/31/22** | **5/11/22** |
| Fact discovery deadline | **4/29/22** | **6/10/22** |
| Expert reports | **4/29/22** | **6/24/22** |
| Rebuttal reports | **5/27/22** | **7/22/22** |

| Event | Current Date (Dkt. No. 101-1) | Updated Date |
|---|---|---|
| Expert discovery deadline | 6/24/22 | 8/26/22 |
| Dispositive motions due (if filed) | 8/5/22 | 9/30/22 |
| JPTO due (if no dispositive motions are filed) | 8/12/22 | 10/7/22 |

1. No additional parties may be joined after **April 1, 2022**.

2. No amendment to the pleadings will be permitted after **April 1, 2022**.

3. If dispositive motions are served, answering papers are to be served within 28 days. Reply papers are to be served within 14 days.

7. In the event a dispositive motion is made, the date for submitting the Joint Pretrial Order shall be set by the Court, but no earlier than three weeks from the decision on the motion. The final pretrial conference shall be adjourned to a date four weeks from the decision on the motion. Should no party submit a dispositive motion, the Joint Pretrial Order will be filed no later than **October 26, 2022**, and a final pretrial conference will be held on _____, 2022.

8. The requirements for the pretrial order and other pretrial submissions shall be governed by the court's Individual Rules of Practice.

9. All motions and applications shall be governed by the court's Individual Rules of Practice.

10. The parties shall be ready for trial within 48 hours, notice on or after _____, 2022. The estimated trial time is 3-4 days, and this is a jury trial.

Dated: April 20, 2022
    New York, New York

ATHENA ART FINANCE CORP.　　　　　　SATFINANCE INVESTMENT LIMITED

_/s/ Richard E. Lerner_　　　　　　　　_/s/ Judd B. Grossman_
Richard E. Lerner　　　　　　　　　　Judd B. Grossman
MAZZOLA LINDSTROM LLP　　　　　　Lindsay Hogan
1350 Avenue of the Americas, 2nd Floor　　GROSSMAN LLP
New York, New York 10019　　　　　　745 Fifth Avenue, 5th Floor
917-584-4864　　　　　　　　　　　　New York, New York 10151
richard@mazzolalindstrom.com　　　　646-770-7445
　　　　　　　　　　　　　　　　　　jgrossman@grossmanllp.com

DELAHUNTY FINE ART LTD.

So Ordered:

*/s/ Gregory A. Clarick*
Gregory A. Clarick
Clarick Gueron Reisbaum LLP
220 Fifth Avenue
New York, New York 10001
212-633-4313
gclarick@cgr-law.com

                                                              Hon. Magistrate Debra C. Freeman