# MAZZOLA LINDSTROM LLP

Wendy J. Lindstrom
wendy@mazzolalindstrom.com

T: 646.216.8440
M: 516.680.2889

May 31, 2022

**Via ECF**

Honorable Valerie Figueredo
United States Magistrate Judge
United States District Court
Southern District of New York
500 Pearl Street, Courtroom 17A
New York, New York 10151

> Application Granted
>
> Valerie Figueredo, U.S.M.J.
> DATED: 6-1-2022
>
> The conference scheduled for Thursday, June 2 at 2:30 p.m. is hereby rescheduled for Thursday, June 16 at 2 p.m. Any response to the May 25 letter (ECF No. 110) shall be filed no later than Monday, June 13, 2022.

RE:  **Athena Art Finance Corp. v. Certain Artwork by Jean-Michel Basquiat entitled Humidity, 1982**
**Docket No.: 20-cv-04669**

Dear Magistrate Figueredo:

    We represent Athena Art Finance Corp. ("Athena"), and write in response to the letter from Satfinance Investment Ltd. ("SIL") dated May 25, 2022 (Dkt. No. 110). This afternoon, Athena informed our firm that there would be a substitution of counsel in this matter, and we are therefore requesting an adjournment of today's deadline for the response to SIL's letter (Dkt. No 111) so that Athena's new counsel may respond substantively on or before June 13, 2022.[1]

    This is the first adjournment that Athena has requested. Counsel for SIL and Delahunty have advised that they do not consent to Athena's request.

Respectfully submitted,

Mazzola Lindstrom LLP

*Wendy J. Lindstrom*

Wendy J. Lindstrom
*Counsel to Athena Art Finance*

cc: All counsel of record (via ecf)

---

[1] While Ms. Sharon Cohen Levin filed a notice of appearance in this action, she is Athena's counsel in the related criminal case and has not been involved in discovery or litigation in this action.

1350 AVENUE OF THE AMERICAS, SECOND FLOOR, NEW YORK, NEW YORK 10019 T: 646.216.8300
1999 AVENUE OF THE STARS, SUITE 1100, LOS ANGELES, CALIFORNIA 90067
WWW.MAZZOLALINDSTROM.COM