UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ATHENA ART FINANCE CORP., <br><br> *Plaintiff*, <br><br> -against- <br><br> that CERTAIN ARTWORK BY JEAN-MICHEL BASQUIAT ENTITLED HUMIDITY, 1982, *In Rem*, <br><br> *Defendant*, <br><br> SATFINANCE INVESTMENT LIMITED and DELAHUNTY LIMITED d/b/a DELAHUNTY FINE ART, <br><br> *Interested Parties*. | Case No. 20-cv-4669 (GBD)(VF) |

**NOTICE AND [PROPOSED] ORDER FOR WITHDRAWAL OF COUNSEL**

PLEASE TAKE NOTICE that, upon the annexed declaration of Lindsay E. Hogan, Esq. and subject to the approval of the Court, Lindsay E. Hogan hereby withdraws as counsel for Interested Party and Intervenor-Plaintiff Satfinance Investment Limited ("SIL") and shall be removed from the Case Management/Electronic Case Files (CM/ECF) notification list in the above-captioned matter.  Judd B. Grossman, Esq. and Webster D. McBride, Esq. of Grossman LLP will continue to represent the SIL in this proceeding

Dated: June 9, 2022
       New York, New York

**GROSSMAN LLP**

By: _____
Lindsay E. Hogan, Esq.
745 Fifth Avenue, 5th Floor
New York, New York 10151

*Attorneys for Interested Party and Intervenor-Plaintiff Satfinance Investment Limited*

SO ORDERED:

_____
Hon. George B. Daniels U.S.D.J.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DAVID NAGELBERG, *individually and as* TRUSTEE of the DAVID S. NAGELBERG 2003 REVOCABLE TRUST and PENSCO C/F DAVID S. NAGELBERG ROTH IRA, MATTHEW HAYDEN, MITCHELL KNAPP, LAWRENCE J. SHEER DDS PSP, WILLIAM J. ROUHANA, JR., AMY NEWMARK, TIMOTHY ROUHANA, ROSEMARY ROUHANA, ELLA DAMIANO, MICHAEL DAMIANO, and LONDONDERRY CAPITAL LLC,<br><br>                    Plaintiffs,<br><br>         -against-<br><br>JOSEPH MELI, MATTHEW HARRITON, 875 HOLDINGS, LLC, ADVANCE ENTERTAINMENT, LLC, ADVANCE ENTERTAINMENT II, LLC, 127 HOLDINGS LLC, and TRIPOINT GLOBAL EQUITIES, LLC,<br><br>                    Defendants. | Case No: 17-cv-2524(LLS) |

## **DECLARATION OF LINDSAY E. HOGAN**

I, Lindsay E. Hogan, declare, under penalty of perjury, under to 28 U.S.C. § 1746, as follows:

1. I am an attorney at the law firm Grossman LLP, attorneys for Interested Party and Intervenor-Plaintiff Satfinance Investment Limited ("SIL") in this action. I submit this Declaration because I anticipate, effective June 10, 2022, I will no longer be associated with Grossman LLP.

2. Grossman LLP will continue to represent SIL in this proceeding.

3. My withdrawal will not delay the matter or prejudice any party and I am not retaining or charging a lien.

Dated: June 9, 2022
    New York, New York

By: _____
    Lindsay E. Hogan, Esq.