

Gregory A. Clarick
gclarick@cgr-law.com
Direct: 212.633.4313

**By ECF**  June 14, 2022

Hon. Valerie Figueredo
United States Magistrate Judge
United States District Court
Southern District of New York
500 Pearl Street, Courtroom 17A
New York, NY 10007

      Re: *Athena Art Finance Corp. v. Certain Artwork by Jean-Michel Basquiat entitled Humidity, 1982, in Rem,* Case No. 20 Civ. 4669

Dear Magistrate Judge Figueredo:

      We represent Interested Party and Counterclaim Plaintiff Delahunty Limited ("Delahunty") in the above captioned matter. We write to inform the Court that, for all the reasons set forth in SIL's letter (ECF No. 126), Delahunty joins SIL's opposition to Plaintiff's request for adjournment of the discovery conference (ECF No. 125).

      Respectfully submitted,

      */s/ Gregory A. Clarick*
      Gregory A. Clarick

Cc: Counsel to all parties