UNITED STATES U.S. DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ATHENA ART FINANCE CORP., <br><br> *Plaintiff,* <br><br> -against- <br><br> that <br><br> CERTAIN ARTWORK BY JEAN-MICHEL BASQUIAT ENTITLED HUMIDITY, 1982, *in Rem*, <br><br> *Defendants.* <br><br> SATFINANCE INVESTMENT LIMITED and DELAHUNTY LIMITED d/b/a DELAHUNTY FINE ART, <br><br> *Interested Parties.* <br><br> SATFINANCE INVESTMENT LIMITED <br><br> *Intervenor-Plaintiff,* <br><br> -against- <br><br> ATHENA ART FINANCE CORP. and that CERTAIN ARTWORK BY JEAN-MICHEL BASQUIAT ENTITLED HUMIDITY, 1982, *in Rem*, <br><br> *Intervenor-Defendants.* | 20-CV-04669 (GBD) (VF) <br><br> **ORDER** |

**VALERIE FIGUEREDO, United States Magistrate Judge:**

      The deadline for the parties to finalize their outstanding document productions is hereby set for **Monday, July 18, 2022.** In addition, the parties are directed to meet and confer about setting the remaining deposition schedule, and are encouraged to schedule any depositions not dependent on outstanding document productions as soon as possible.

      **SO ORDERED.**

DATED:    June 17, 2022

                                                                             VALERIE FIGUEREDO
                                                                             United States Magistrate Judge