# EXHIBIT B

# MAZZOLA LINDSTROM LLP

Wendy J. Lindstrom
wendy@mazzolalindstrom.com

T: 646.216.8440
M: 516.680.2889

May 24, 2022

Judd Grossman, Esq.
Grossman LLP
745 Fifth Avenue, 5th Floor
New York, New York 10151

RE: **Athena Art Finance Corp. v. Certain Artwork by Jean-Michel Basquiat entitled Humidity, 1982**
<u>**Docket No.: 20-cv-04669**</u>

Dear Judd:

We write to reiterate our request for certain documents, which requests were made on the record during Mr. Pesko's initial deposition session on May 3, 2022. The relevant documents were sought in Athena's discovery requests, and therefore should have been produced before Mr. Pesko's initial deposition and will be necessary for the completion of his deposition.

Request No. 4 from Athena's July 8, 2021 Second Requests for the Production of Documents asked for the following:

4. All Documents and Communications concerning Aleksandar Pesko's authority to act on Satfinance's behalf, his role within Satfinance and/or his compensation, including but not limited to any agreement(s) between Satfinance and Aleksandar Pesko.

During Mr. Pesko's deposition testimony, he described a "power of authority" document conferring authority on him to act on Satfinance's behalf (40: 9-12), yet such document has not to date been produced. Mr. Pesko also testified as to an "advisory agreement" between Satfinance and him (43: 13-20). We therefore call for the production of any power of attorney documents or advisory agreements from 2016 to the present.

Athena's First Requests also demanded all "communications with Andre Sakhai regarding the Painting, Athena and/or Philbrick" (Request No. 23) and all "Communications with Kenny Schachter regarding the Painting, Athena and/or Philbrick" (Request No. 31). Mr. Pesko testified concerning communications with both Mr. Sakhai (224: 19 – 225:6) and Mr. Schachter (225: 10 – 20) concerning Mr. Philbrick. Please produce any such communications.

Please let us know when you expect to produce the above-referenced documents – all of which were previously requested by Athena – so that we can schedule the completion of Mr. Pesko's deposition. We cannot go forward tomorrow without them.

1350 Avenue of the Americas, Second Floor, New York, New York 10019 t: 646.216.8300
1999 Avenue of the Stars, Suite 1100, Los Angeles, California 90067
www.mazzolalindstrom.com

MAZZOLA LINDSTROM LLP

Yours,

Mazzola Lindstrom LLP

*Wendy J. Lindstrom*

Wendy J. Lindstrom

*Counsel to Athena Art Finance*

cc: All counsel of record (via email)

2