# EXHIBIT D

| | |
|---|---|
| **From:** | Richard Lerner |
| **To:** | Webster McBride |
| **Cc:** | Judd Grossman; Lindsay E. Hogan; Nina Edelman; Wendy Lindstrom; Gregory Clarick; Aaron Crowell; Ashley Hall; Richard Lerner |
| **Subject:** | RE: Athena v. Humidity, In Rem, 20-cv-04669 (GBD) (VF) |
| **Date:** | Saturday, May 14, 2022 10:54:26 AM |
| **Attachments:** | Athena Responses to SIL 1st Document Requests.pdf |

Dear Webster,

Regarding your letter of May 11, 2022, in which you state that our firm did not submit written objections to Satfinance's February 19, 2021 discovery demands, it appears that there was an inadvertent failure to forward to you the objections, so we are forwarding herewith the attached. Thank you for bringing this oversight to our attention. As you know, we made our initial voluminous document production to Satfinance and Delahunty in April and May, 2021. Thereafter, Satfinance made follow-up requests for documents on July 8, 2021. You indicate that there was no objection to those demands either; however, our records reflect that we did indeed object, by email dated August 30, 2021, 10:55pm.

While your letter states that the adjournment of Ms. Sachs' deposition related to "glaring" production deficiencies identified in June, 2021, Athena not only produced hundreds of additional pages in October and November, 2021, but further, your letter of May 5, 2022 identified two specific categories of documents for Athena to produce before Ms. Sachs' deposition – which documents Athena promptly produced on May 10, 2022. We are therefore somewhat at a loss to understand the sudden assertion of glaring deficiencies the day Ms. Sachs' deposition was to take place.

While there have been delays on all sides in responding to discovery demands (as you yourself acknowledge in the below email chain), and each side has been considerate of the fact that the documents needed to be compiled and reviewed before disclosure, we trust that you will accept the attached *nunc pro tunc*, particularly given the timing of these asserted deficiencies.

We will follow up regarding the substantive discovery issues raised in your letter under separate cover.

Best,

Rich



Richard E. Lerner

Mazzola Lindstrom LLP
1350 Avenue of the Americas, 2nd Floor, New York, NY 10019
1999 Avenue of the Stars, Ste. 1100, Los Angeles, CA 90067
D: 646.813.4345 | M: 917.584.4864 |
richard@mazzolalindstrom.com www.mazzolalindstrom.com
NEW YORK * LOS ANGELES

**From:** Webster McBride <wmcbride@grossmanllp.com>
**Sent:** Friday, May 13, 2022 3:38 PM
**To:** Nina Edelman <Nina@mazzolalindstrom.com>; Wendy Lindstrom <wendy@mazzolalindstrom.com>; Richard Lerner <Richard@mazzolalindstrom.com>; Gregory Clarick <gclarick@cgr-law.com>; Aaron Crowell <acrowell@cgr-law.com>; Ashley Hall <ahall@cgr-law.com>
**Cc:** Judd Grossman <jgrossman@grossmanllp.com>; Lindsay E. Hogan <lhogan@grossmanllp.com>
**Subject:** RE: Athena v. Humidity, In Rem, 20-cv-04669 (GBD) (VF) - Santander Bank N.A. Production

Hi Nina –

The email on April 20; the rest of them on April 25.  (Apparently, Santander's "Court Order and Request Unit" did not receive SIL's UK counsel's letter serving the UK High Court's Order until mid-March.)  We apologize for the inadvertent delay in circulating them.

Best,
Webster


Webster D. McBride, Esq.
**GROSSMAN LLP**
745 Fifth Avenue - 5th Floor
New York, New York 10151
(t) (646) 770-7445
(f) (646) 417-7997
www.grossmanllp.com

*This message and any attached documents contain information that is confidential and/or privileged. If you are not the intended recipient, you may not read, copy, distribute or use this information. If you have received this transmission in error, please notify the sender upon receipt by reply e-mail and then delete this message.*

**From:** Nina Edelman <Nina@mazzolalindstrom.com>
**Sent:** Friday, May 13, 2022 1:23 PM
**To:** Webster McBride <wmcbride@grossmanllp.com>; Wendy Lindstrom <wendy@mazzolalindstrom.com>; Richard Lerner <Richard@mazzolalindstrom.com>; Gregory Clarick <gclarick@cgr-law.com>; Aaron Crowell <acrowell@cgr-law.com>; Ashley Hall <ahall@cgr-law.com>
**Cc:** Judd Grossman <jgrossman@grossmanllp.com>; Lindsay E. Hogan <lhogan@grossmanllp.com>
**Subject:** RE: Athena v. Humidity, In Rem, 20-cv-04669 (GBD) (VF) - Santander Bank N.A. Production

Webster –

When were these documents received by SIL?

Thanks,
Nina

**From:** Webster McBride <wmcbride@grossmanllp.com>
**Sent:** Friday, May 13, 2022 1:17 PM
**To:** Wendy Lindstrom <wendy@mazzolalindstrom.com>; Richard Lerner <Richard@mazzolalindstrom.com>; Nina Edelman <Nina@mazzolalindstrom.com>; Gregory Clarick <gclarick@cgr-law.com>; Aaron Crowell <acrowell@cgr-law.com>; Ashley Hall <ahall@cgr-law.com>
**Cc:** Judd Grossman <jgrossman@grossmanllp.com>; Lindsay E. Hogan <lhogan@grossmanllp.com>
**Subject:** Athena v. Humidity, In Rem, 20-cv-04669 (GBD) (VF) - Santander Bank N.A. Production

Counsel:

Please see the below link to a folder of documents produced by Santander Bank, N.A. (pursuant to Judge Freeman's 11/10/21 Letter of Request and the English High Court's 1/15/22 Disclosure Order), as relayed to us by local UK counsel.

https://app.box.com/s/4g5sqrc0c1gt3n40sh34kt58bgehgvqe

The password to access the files is: INIGO2022

Best,
Webster


Webster D. McBride, Esq.
**GROSSMAN LLP**
745 Fifth Avenue - 5th Floor
New York, New York 10151
(t) (646) 770-7445
(f) (646) 417-7997
www.grossmanllp.com

*This message and any attached documents contain information that is confidential and/or privileged. If you are not the intended recipient, you may not read, copy, distribute or use this information. If you have received this transmission in error, please notify the sender upon receipt by reply e-mail and then delete this message.*