**UNITED STATES U.S. DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| ATHENA ART FINANCE CORP., <br><br> *Plaintiff,* <br><br> -against- <br><br> that <br><br> CERTAIN ARTWORK BY JEAN-MICHEL BASQUIAT ENTITLED HUMIDITY, 1982, *in Rem*, <br><br> *Defendants.* <br><br> SATFINANCE INVESTMENT LIMITED and DELAHUNTY LIMITED d/b/a DELAHUNTY FINE ART, <br><br> *Interested Parties.* | 20-CV-04669 (GBD) (VF) <br><br> **ORDER** |
| SATFINANCE INVESTMENT LIMITED <br><br> *Intervenor-Plaintiff,* <br><br> -against- <br><br> ATHENA ART FINANCE CORP. and that CERTAIN ARTWORK BY JEAN-MICHEL BASQUIAT ENTITLED HUMIDITY, 1982, *in Rem*, <br><br> *Intervenor-Defendants.* | |

**VALERIE FIGUEREDO, United States Magistrate Judge:**

On Wednesday, June 22, 2022, the Court received an email from a transcription service that attached a transcript of the discovery conference on June 16, 2022 (see ECF No. 132). The email indicated that the transcript was sealed. The Court, however, has not entered an order allowing for the transcript from that conference to be filed under seal.

The parties should publicly file the transcript from the June 16th conference on the docket by **Friday, July 1, 2022**.

**SO ORDERED.**

DATED:    June 24, 2022

_____
VALERIE FIGUEREDO
United States Magistrate Judge