

June 27, 2022

**VIA ECF**

Honorable Valerie Figueredo
United States Magistrate Judge
United States District Court
Southern District of New York
500 Pearl Street, Courtroom 17A
New York, New York  10007

> Re:   *Athena Art Finance Corp. v. Certain Artwork by Jean-Michel Basquiat, In Rem*
>         **Case 1:20-cv-04669 (GBD) (VF)**

Dear Magistrate Judge Figueredo,

     We write on behalf of Intervenor-Plaintiff Satfinance Investment Limited under the Court's June 24, 2022, Order (Dkt. No. 135) to enclose the June 16, 2022, conference transcript.

                                                                          Respectfully submitted,

                                                                          Webster D. McBride

Enclosure

cc:     All counsel of record (via ECF)