UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ATHENA ART FINANCE CORP.,

    *Plaintiff,*

  -against-

that

CERTAIN ARTWORK BY JEAN-MICHEL BASQUIAT ENTITLED HUMIDITY, 1982, *in Rem*,

    *Defendants.*

SATFINANCE INVESTMENT LIMITED and DELAHUNTY LIMITED d/b/a DELAHUNTY FINE ART,

    *Interested Parties.*

---

SATFINANCE INVESTMENT LIMITED

    *Intervenor-Plaintiff,*

  -against-

ATHENA ART FINANCE CORP. and that CERTAIN ARTWORK BY JEAN-MICHEL BASQUIAT ENTITLED HUMIDITY, 1982, *in Rem*,

    *Intervenor-Defendants.*

20-CV-04669 (GBD) (VF)

**ORDER SCHEDULING CONFERENCE**

---

**VALERIE FIGUEREDO, United States Magistrate Judge:**

A Discovery Conference in this matter is hereby scheduled for **August 4, 2022, at 10:00 a.m.** Counsel for the parties are directed to call Judge Figueredo's AT&T conference line at the scheduled time.

**Please dial (888) 808-6929; access code [9781335].**

**SO ORDERED.**

DATED:   New York, New York
         July 8, 2022

                                                                                                          _____
                                                                                                          VALERIE FIGUEREDO
                                                                                                          United States Magistrate Judge