

Christine V. Sama
+1 212 459 7369
csama@goodwinlaw.com

The New York Times Building
620 Eighth Avenue
New York, NY 10018

goodwinlaw.com

September 30, 2022

**VIA ECF**

The Honorable Valerie Figueredo
United States Magistrate Judge
United States District Court
Southern District of New York
500 Pearl Street, Courtroom 17A
New York, New York 10151

   Re: **Athena Art Finance Corp. v. Certain Artwork by Jean-Michel Basquiat entitled Humidity, 1982, In Rem, No. 20 Civ. 4669**

Dear Judge Figueredo:

  We write on behalf of Athena Art Finance Corporation ("Athena") to respectfully request an adjournment of the discovery conference currently scheduled for October 4, 2022 at 11:00 a.m. (*see* ECF 144) to a time on October 6, 2022, before 11:30 a.m. or after 2:30 p.m., any time on October 11, 2022, or another day and time that is convenient for the Court. The request to adjourn is made in light of scheduling conflicts caused by the Yom Kippur holiday, which will be observed on October 4, 2022 and October 5, 2022.

  Counsel for both Satfinance Investment Limited and Delahunty Limited consent to the requested adjournment. There have been no previous adjournment requests made to the Court and there are no scheduled dates that would be affected by the requested adjournment.

  We respectfully request that the Court grant the requested adjournment, and thank the Court for its consideration.

Respectfully submitted,

*/s/ Christine V. Sama*

Christine V. Sama

*Counsel for Athena Art Finance Corp.*

---

**MEMO ENDORSED**

HON. VALERIE FIGUEREDO
UNITED STATES MAGISTRATE JUDGE
Dated: 9-30-2022

The request for adjournment is denied. This conference was scheduled on September 20, 2022, the request is not based on an unforeseen circumstance, and the Court has already prepared for this conference. For these reasons, the conference will remain as scheduled for October 4, 2022 at 11:00 a.m. The Court is also available at 10:30 a.m. if the parties would prefer to convene at that time. SO ORDERED.