UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ATHENA ART FINANCE CORP., <br><br> *Plaintiff*, <br><br> -against- <br> that <br><br> CERTAIN ARTWORK BY JEAN-MICHEL BASQUIAT ENTITLED HUMIDITY, 1982, *in Rem*, <br><br> *Defendants,* <br><br> SATFINANCE INVESTMENT LIMITED and DELAHUNTY LIMITED d/b/a DELAHUNTY FINE ART, <br><br> *Interested Parties*. | Case No. 20-cv-4669 (GBD) (DCF) <br><br> **[PROPOSED] Amended Civil Case Management Plan and <u>Scheduling Order</u>** |

WHEREAS, on October 4, 2022, counsel for Plaintiff Athena Art Finance Corp. ("Athena"), and Interested Parties Satfinance Investment Limited ("SIL") and Delahunty Limited d/b/a Delahunty Fine Art ("Delahunty") (collectively, the "Parties") participated in a Court-ordered discovery conference (the "October 4 Conference");

WHEREAS, following the October 4 Conference and at the Court's request, counsel for the Parties met and conferred regarding a revised case management plan for the above-captioned action; and

WHEREAS, counsel for the Parties have agreed to the following schedule, absent extraordinary circumstances;

THEREFORE, the following Case Management Plan and scheduling order pursuant to Rules 16 and 26(f) of the Federal Rules of Civil Procedure is adopted:

| Event | Current Date (Dkt. Nos. 105, 131) | Updated Date |
|---|---|---|
| Document discovery deadline | 7/18/22 | 11/17/22 |
| Party depositions deadline | 5/27/22 | 1/12/23 |

| Event | Current Date (Dkt. Nos. 105, 131) | Updated Date |
|---|---|---|
| Non-party deposition subpoenas deadline | 5/11/22 | 12/1/22 |
| Fact discovery deadline | 6/10/22 | 1/12/23 |
| Expert reports | 6/24/22 | 2/9/23 |
| Rebuttal reports | 7/22/22 | 3/9/23 |
| Expert discovery deadline | 8/26/22 | 4/6/23 |
| Dispositive motions due (if filed) | 9/30/22 | 5/4/23 |
| JPTO due (if no dispositive motions are filed) | 10/7/22 | 5/11/23 |

1. If dispositive motions are served, answering papers are to be served within 28 days. Reply papers are to be served within 14 days.

2. In the event a dispositive motion is made, the date for submitting the Joint Pretrial Order shall be set by the Court, but no earlier than three weeks from the decision on the motion. The final pretrial conference shall be adjourned to a date four weeks from the decision on the motion. Should no party submit a dispositive motion, the Joint Pretrial Order will be filed no later than May 11, 2023, and a final pretrial conference will be held on _____, 2022.

3. The requirements for the pretrial order and other pretrial submissions shall be governed by the Court's Individual Rules of Practice.

4. All motions and applications shall be governed by the Court's Individual Rules of Practice.

5. The parties shall be ready for trial within 48 hours, notice on or after _____, 2022. The estimated trial time is 3-4 days, and this is a jury trial.

Dated: October 11, 2022
       New York, New York

ATHENA ART FINANCE CORP.                SATFINANCE INVESTMENT LIMITED

  /s/ Jonathan A. Shapiro                  /s/ Judd B. Grossman
Jonathan A. Shapiro                      Judd B. Grossman
GOODWIN PROCTER LLP                      Webster D. McBride
Three Embarcadero Center, Suite 2800     745 Fifth Avenue, 5th Floor

San Francisco, CA 94111
(415) 733-6000
JShapiro@goodwinlaw.com

New York, New York 10151
646-770-7445
jgrossman@grossmanllp.com
wmcbride@grossmanllp.com

James D. Gatta
Christine V. Sama
GOODWIN PROCTER LLP
620 8th Avenue
New York, NY 10018
212-459-7369
jgatta@goodwinlaw.com
csama@goodwinlaw.com

DELAHUNTY FINE ART LTD.

   /s/ Gregory A. Clarick
Gregory A. Clarick
Ashley Hall
Clarick Gueron Reisbaum LLP
220 Fifth Avenue
New York, New York 10001
212-633-4313
gclarick@cgr-law.com
ahall@cgr-law.com

SO ORDERED:

_____
Hon. Magistrate Judge Valerie Figueredo