UNITED STATES U.S. DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ATHENA ART FINANCE CORP., <br><br> *Plaintiff,* <br><br> -against- <br><br> that <br><br> CERTAIN ARTWORK BY JEAN-MICHEL BASQUIAT ENTITLED HUMIDITY, 1982, *in Rem*, <br><br> *Defendants.* <br><br> SATFINANCE INVESTMENT LIMITED and DELAHUNTY LIMITED d/b/a DELAHUNTY FINE ART, <br><br> *Interested Parties.* | 20-CV-04669 (GBD) (VF) <br><br> **ORDER** |
| SATFINANCE INVESTMENT LIMITED <br><br> *Intervenor-Plaintiff,* <br><br> -against- <br><br> ATHENA ART FINANCE CORP. and that CERTAIN ARTWORK BY JEAN-MICHEL BASQUIAT ENTITLED HUMIDITY, 1982, *in Rem*, <br><br> *Intervenor-Defendants.* | |

**VALERIE FIGUEREDO, United States Magistrate Judge:**

For the reasons stated at the conferences before this Court on October 31, 2022, October 4, 2022, and August 4, 2022, the Clerk of Court is directed to terminate the motions at ECF Nos. 138 and 143. In addition, as discussed at the October 31, 2022 telephonic conference, Plaintiff is directed to submit its briefing concerning the parties' pending privilege dispute by **Tuesday, November 8, 2022**. Any response shall be filed by no later than **Tuesday, November 15, 2022**.

SO ORDERED.

DATED:   October 31, 2022

_____
VALERIE FIGUEREDO
United States Magistrate Judge