# EXHIBIT A



**Kunal**

Spoke to him. He says he has full conviction in the legal merits of his claim. Says he can't understand Athena's behaviour in light of this. He'd only countenance speaking to anyone at Yieldstreet unless there's a recognition upfront that this is a nuisance payment that takes into account the costs he's incurred so far. Otherwise this goes the legal route all the way. Told him that his character would be called into question at this deposition next week but this didn't seem to phase him. 22:49

That's the message I passed on to Michael. 22:49

I also told him that I would appreciate it if this is the limit of my involvement in this topic going forwards, which he said it would be. 22:50

Personally, I find this all a little saddening 22:51

Ok. It's been a very stressful time as you can prob imagine 22:53

I'm an adult 22:55

Not stressful as such but I don't want to be in the middle of this 22:55

I'm a sub 10% shareholder 22:56

17:00

< 1    Kunal

> To be fair I didn't ask you to be in middle. Can you send me the email Weiss sent you?  22:56

With 30+ people, 18 portfolio companies and four kids to worry about it  22:56

It wasn't an email  22:57

> Four?! Congrats  22:57

➡ Forwarded
I hope you've been well since I last saw you  My team just informed me that we will be deposing SP on May 3 in connection w the discussion we had. I suspect the lawyers are going to go deep on the deposition which might be materially damning to SP and I think it's avoidable.

It is unfortunate that we have gotten here considering there's enough value to make everyone money/whole.

Wondering considering you're history if you can make sense with him. Would you be interested in facilitating a principle to principle, discussion to structure a mutually beneficial resolution?

No pressure.  22:57

You mentioned he said my fraudulent

