**UNITED STATES U.S. DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| ATHENA ART FINANCE CORP., <br><br>   *Plaintiff,* <br><br> -against- <br><br>that <br><br>CERTAIN ARTWORK BY JEAN-MICHEL BASQUIAT ENTITLED HUMIDITY, 1982, *in Rem*, <br><br>   *Defendants.* <br><br>SATFINANCE INVESTMENT LIMITED and DELAHUNTY LIMITED d/b/a DELAHUNTY FINE ART, <br><br>   *Interested Parties.* <br><br>SATFINANCE INVESTMENT LIMITED <br><br>   *Intervenor-Plaintiff,* <br><br> -against- <br><br>ATHENA ART FINANCE CORP. and that CERTAIN ARTWORK BY JEAN-MICHEL BASQUIAT ENTITLED HUMIDITY, 1982, *in Rem*, <br><br>   *Intervenor-Defendants.* | 20-CV-04669 (GBD) (VF) <br><br>**ORDER** |

**VALERIE FIGUEREDO, United States Magistrate Judge:**

  On December 13, 2022, the Court received a letter dated November 30, 2022, from the Department of Justice, International Law Division, Mutual Legal Assistance Unit, located in Hong Kong. The letter relates to the Letter Request for International Judicial Assistance Under the Hague Convention on the Taking of Evidence Abroad in Civil Matters to Obtain Evidence from Charles Mark Broadley and Capital Key Holdings Ltd., submitted on May 11, 2022, and signed and entered by the Court on May 13, 2022. See ECF Nos. 107-1, 109.

The parties are directed to submit a joint letter by no later than **Friday, December 16, 2022**, informing the Court as to whether they are also in receipt of this letter.

**SO ORDERED.**

DATED:   December 13, 2022
         New York, New York

_____
VALERIE FIGUEREDO
United States Magistrate Judge