

**Gregory A. Clarick**
gclarick@cgr-law.com
Direct: 212.633.4313

**By ECF**

Hon. George B. Daniels
United States District Judge
United States District Court
Southern District of New York
500 Pearl St.
New York, NY 10007

July 20, 2023

**SO ORDERED:**

*George B. Daniels*
George B. Daniels, U.S.D.J.

Dated: JUL 2 4 2023

Re: *Athena Art Finance Corp. v. Certain Artwork by Jean-Michel Basquiat entitled Humidity, 1982, in Rem,* Case No. 20 Civ. 4669

Dear Judge Daniels:

We are counsel to Interested Party and Counterclaim Plaintiff Delahunty Limited ("Delahunty") in the above captioned matter. We write, in accordance with the Court's Individual Rule of Practice I.D.ii, to respectfully request leave to file under seal (1) a document bearing Bates range Athena_Production_UNREDACTED_001481-99; (2) a document bearing Bates range Athena_Production_UNREDACTED_001858-66; (3) Delahunty's Memorandum of Law in Support of its Motion for Summary Judgment; and (4) Delahunty's Rule 56.1 Statement of Undisputed Material Facts, the latter two of which reference and disclose substance from the two documents identified above.

Delahunty makes this application because plaintiff Athena Art Finance Corp. ("Athena") designated the two documents "Confidential-Attorneys Eyes Only" and, after the parties met and conferred, declined to de-designate the documents and requested that Delahunty make the instant application. We have informed Athena, in accordance with Rule I.D.ii.2, that it has three days to file a letter explaining the need to seal or redact the above-referenced materials.

Respectfully submitted,

*G. A. Clarick*

Gregory A. Clarick