**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| ATHENA ART FINANCE CORP.,<br><br>*Plaintiff*,<br><br>-against-<br>that<br>CERTAIN ARTWORK BY JEAN-MICHEL BASQUIAT ENTITLED HUMIDITY, 1982, *in Rem*,<br><br>*Defendants,*<br><br>SATFINANCE INVESTMENT LIMITED and DELAHUNTY LIMITED d/b/a DELAHUNTY FINE ART,<br><br>*Interested Parties*. | Case No. 20-cv-04669 (GBD) (VF)<br><br>**Amended Civil Case Management Plan and <u>Scheduling Order</u>** |

WHEREAS, Plaintiff Athena Art Finance Corp. ("Athena"), and Interested Parties Satfinance Investment Limited ("SIL") and Delahunty Limited d/b/a Delahunty Fine Art ("Delahunty") (collectively, the "Parties") have filed their respective dispositive motions in accordance with the schedule entered by the Court on June 28, 2023 (Dkt. No. 168); and

WHEREAS, the Parties, through counsel, have met and conferred regarding a revised case management plan for the remainder of the case schedule and have agreed to the following amended deadlines, absent extraordinary circumstances;

THEREFORE, the following Case Management Plan and scheduling order pursuant to Rules 16 and 26(f) of the Federal Rules of Civil Procedure is adopted:

| Event | Current Date (Dkt. No. 168) | Updated Date |
|---|---|---|
| Answering papers in opposition to dispositive motion(s) due | 08/30/23 | 09/08/23 |
| Reply papers in support of dispositive motion(s) due | 09/27/23 | 10/05/23 |

1.	The date for submitting the Joint Pretrial Order shall be set by the Court and shall be no earlier than three weeks from the Court's decision on the Parties' dispositive motions. The final pretrial conference shall be adjourned to a date four weeks from the Court's decision on the Parties' dispositive motions.

2.	The requirements for the pretrial order and other pretrial submissions shall be governed by the Court's Individual Rules of Practice.

3.	All motions and applications shall be governed by the Court's Individual Rules of Practice.

4.	The parties shall be ready for trial within 48 hours' notice on or after <u>March,</u> 2024. The estimated trial time is 3-4 days.

Dated: August 24, 2023
	New York, New York

| ATHENA ART FINANCE CORP. | SATFINANCE INVESTMENT LIMITED |
|---|---|
| /s/ *Christine V. Sama* | /s/ *Judd B. Grossman* |
| Jonathan A. Shapiro | Judd B. Grossman |
| GOODWIN PROCTER LLP | Webster D. McBride |
| Three Embarcadero Center, Suite 2800 | 745 Fifth Avenue, 5th Floor |
| San Francisco, CA 94111 | New York, New York 10151 |
| (415) 733-6000 | 646-770-7445 |
| JShapiro@goodwinlaw.com | jgrossman@grossmanllp.com |
| | wmcbride@grossmanllp.com |

James D. Gatta
Christine V. Sama
GOODWIN PROCTER LLP
620 8th Avenue
New York, NY 10018
212-459-7369
jgatta@goodwinlaw.com
csama@goodwinlaw.com

DELAHUNTY FINE ART LTD.

   /s/ *Gregory A. Clarick*
Gregory A. Clarick
Ashley Hall
Clarick Gueron Reisbaum LLP
220 Fifth Avenue
New York, New York 10001
212-633-4313
gclarick@cgr-law.com
ahall@cgr-law.com


SO ORDERED:
August 28, 2023
_____
Hon. Magistrate Judge Valerie Figueredo