

Christine V. Sama
(646) 361-1001
CSama@goodwinlaw.com

Goodwin Procter LLP
The New York Times Building
620 Eighth Avenue
New York, NY 10018

goodwinlaw.com
+1 212 813 8800

September 20, 2023

**VIA ECF**

The Honorable Valerie Figueredo
United States Magistrate Judge
United States District Court
Southern District of New York
500 Pearl Street, Courtroom 17A
New York, New York 10007

Re:   *Athena Art Finance Corp. v. that Certain Artwork By Jean-Michel Basquiat Entitled Humidity, 1982, in Rem*, No. 20-cv-4669 (GBD) (VF); Letter in Response to the Court's September 19, 2023 Order

Dear Judge Figueredo :

    We represent Plaintiff and Intervenor-Defendant Athena Art Finance Corp. ("Athena") in the above-referenced matter and write respectfully in response to your Honor's September 19, 2023 order (ECF 216) (the "Order") granting Athena's application to seal several documents entered into the record in this matter on September 8, 2023.

    In light of your Honor's decision to not seal the transcript excerpts filed as ECF 203-1, Athena no longer seeks sealing of any portion of Delahunty Fine Art Limited's Counterstatement to Athena's Rule 56.1 Statement (ECF 199) or its Memorandum of Opposition to Athena's Motion for Summary Judgment (ECF 197).

    Athena also wishes to clarify that Satfinance Investment Limited's Memorandum of Law in Opposition to Athena's Motion for Summary Judgment (ECF 204) and Response to Delahunty's Statement of Undisputed Material Facts Pursuant to Local Rule 56.1 (ECF 198) will remain sealed pursuant to your Honor's Order and Satfinance's letter requesting sealing (ECF 193). In particular, ECF 204 contains information ordered sealed by the Order and should remain sealed for that reason.

    We thank the Court for its attention to this matter.

Hon. Valerie Figueredo
Page 2

                                        Respectfully,

                                        */s/ Christine V. Sama*
                                        Christine V. Sama
                                        **GOODWIN PROCTER LLP**
                                        The New York Times Building
                                        620 Eighth Avenue
                                        New York, NY 10018
                                        (646) 361-1001
cc: Counsel of record via ECF          csama@goodwinlaw.com