**UNITED STATES U.S. DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| ATHENA ART FINANCE CORP., <br><br> *Plaintiff,* <br><br> -against- <br><br><br> That CERTAIN ARTWORK BY JEAN-MICHEL BASQUIAT ENTITLED HUMIDITY, 1982, <br> *in Rem*, <br><br> *Defendants.* <br><br> SATFINANCE INVESTMENT LIMITED and DELAHUNTY LIMITED d/b/a DELAHUNTY FINE ART, <br><br> *Interested Parties.* <br><br> SATFINANCE INVESTMENT LIMITED <br><br> *Intervenor-Plaintiff,* <br><br> -against- <br><br> ATHENA ART FINANCE CORP. and that CERTAIN ARTWORK BY JEAN-MICHEL BASQUIAT ENTITLED HUMIDITY, 1982, <br> *in Rem*, <br><br> *Intervenor-Defendants.* | 20-CV-04669 (GBD) (VF) |

**VALERIE FIGUEREDO, United States Magistrate Judge:**

On July 20, 2023, Satfinance Investment Limited, Athena Art Finance Corporation, and Delahunty Limited each filed separate motions for summary judgment. See ECF Nos. 170, 173, 175. After the summary judgment motions were fully briefed, on October 5, 2023, Athena Art Finance filed a motion to strike the expert testimony of Michael Plummer, an expert for Intervenor-Plaintiff Satfinance Investment Limited. See ECF No. 221.

The Court will resolve the motion to strike the expert testimony before it turns to resolving the various summary judgment motions. Satfinance Investment Limited is directed to

file a response to Athena's motion to strike by November 15, 2023. Any response by Athena Art

Finance should be filed by November 22, 2023.

Given the pending motion to strike, the summary judgment motions at ECF Nos. 170,

173, and 175 are deemed temporarily withdrawn. The Clerk of Court is respectfully directed to

terminate the motions at ECF Nos. 170, 173, 175. After the Court resolves Athena's motion to

strike, the Court will resolve the summary judgment motions.

**SO ORDERED.**

DATED:      October 16, 2023

_____
VALERIE FIGUEREDO
United States Magistrate Judge