**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

ATHENA ART FINANCE CORP.,

    *Plaintiff,*

   -against-
that

CERTAIN ARTWORK BY JEAN-MICHEL
BASQUIAT ENTITLED HUMIDITY, 1982, *in
Rem*,

    *Defendants,*

SATFINANCE INVESTMENT LIMITED and
DELAHUNTY LIMITED d/b/a DELAHUNTY
FINE ART,
    *Interested Parties.*

Case No. 20-cv-4669 (GBD) (VF)

SATFINANCE INVESTMENT LIMITED
    *Intervenor-Plaintiff*,

   -against-

ATHENA ART FINANCE CORP. and
that CERTAIN ARTWORK BY JEAN-MICHEL
BASQUIAT ENTITLED HUMIDITY, 1982,
*In Rem*,

    *Intervenor-Defendants.*

## <u>NOTICE OF UNAVAILABILITY</u>

PLEASE TAKE NOTICE that Jonathan A. Shapiro, lead attorney for Plaintiff and Intervenor-Defendant Athena Art Finance Corp. in the above captioned litigation, will be unavailable from March 15, 2024, until on or about May 3, 2024, due to his role as trial counsel in a separate litigation.

Mr. Shapiro is trial counsel for the plaintiff in *Mabvax Therapeutics Holdings, Inc. v. Barry Honig, et al.*, 37-2019-00018398-CU-SL-CTL (Cal. Super. Ct. San Diego Cnty.), which is scheduled to begin a jury trial on March 15, 2024.  During this period, Mr. Shapiro will have a most limited ability to respond to motions, depositions, discovery, meetings, or other events in this case, and especially any hearings or arguments before the Court.

Mr. Shapiro files this notice because, although no hearings or conferences have been scheduled, he is aware that there are pending motions before the Court, and respectfully requests that any activity, and especially any hearings or conferences, not be scheduled until after May 3, 2024.

Dated: March 6, 2024
      San Francisco, CA

Respectfully submitted,

By: /s/ *Jonathan A. Shapiro*

    Jonathan A. Shapiro
    Three Embarcadero Center
    28th Floor
    San Francisco, California 94111
    Tel: (415) 733-6000
    jshapiro@goodwinlaw.com

    *Attorney for Plaintiff Athena Art Finance Corp.*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on March 6, 2024, I caused to be served by electronic means via the Court's CM/ECF System a copy of this Notice of Unavailability on all counsel registered to receive electronic notices.

*/s/ Jonathan A. Shapiro*
Jonathan A. Shapiro
