UNITED STATES U.S. DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ATHENA ART FINANCE CORP., <br><br> *Plaintiff,* <br><br> -against- <br><br> that CERTAIN ARTWORK BY JEAN-MICHEL BASQUIAT ENTITLED HUMIDITY, 1982, *in Rem*, <br><br> *Defendants.* <br><br> SATFINANCE INVESTMENT LIMITED and DELAHUNTY LIMITED d/b/a DELAHUNTY FINE ART, <br><br> *Interested Parties.* | 20-CV-04669 (GBD) (VF) <br><br> **ORDER** |
| SATFINANCE INVESTMENT LIMITED <br><br> *Intervenor-Plaintiff,* <br><br> -against- <br><br> ATHENA ART FINANCE CORP. and that CERTAIN ARTWORK BY JEAN-MICHEL BASQUIAT ENTITLED HUMIDITY, 1982, *in Rem*, <br><br> *Intervenor-Defendants.* | |

**VALERIE FIGUEREDO, United States Magistrate Judge:**

The conference in this matter to discuss the merits of the pending summary judgment motions is hereby rescheduled for **Tuesday, June 25, 2024, at 2:30 p.m.** in Courtroom 17-A, United States Courthouse, 500 Pearl Street, New York, New York.

**SO ORDERED.**

DATED:   May 28, 2024

_____
VALERIE FIGUEREDO
United States Magistrate Judge

The Clerk of Court is respectfully directed to terminate the Motion at ECF No. 255.