UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x

ATHENA ART FINANCE CORP.,

              Plaintiff,

-against-

                                          ORDER

THAT CERTAIN ARTWORK BY JEAN-MICHEL
BASQUIAT ENTITLED HUMIDITY, 1982,        20 Civ. 4669 (GBD)
IN REM,

              Defendant-in-Rem.

------------------------------------X

GEORGE B. DANIELS, District Judge:

      Plaintiff's request for an extension of time to file objections to the Report and Recommendation ("R&R") submitted by Magistrate Judge Valerie Figueredo (ECF 259) is GRANTED. Both parties shall file objections to the R&R by October 30, 2024.

      The deadline for parties to respond to any raised objections is similarly extended to December 6, 2024.

Dated: OCT 1 0 2024
New York, New York

                                          SO ORDERED.

                                          *George B. Daniels*
                                          GEORGE B. DANIELS
                                          UNITED STATES DISTRICT JUDGE