UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- x
ATHENA ART FINANCE CORP.,                :
                                         :
                          Plaintiff,     :
   -against-                             :
                                         :                ORDER
THAT CERTAIN ARTWORK BY JEAN-MICHEL      :         20 Civ. 4669 (GBD)
BASQUIAT ENTITLED HUMIDITY, 1982, IN     :
REM,                                     :
                                         :
                    Defendant-in-Rem.    :
------------------------------------- x

GEORGE B. DANIELS, United States District Judge:

The Court will hear oral argument on Plaintiff and Intervenor-Defendant Athena Art Finance Corp's Objections to the Magistrate Judge's Report and Recommendation on Cross-Motions for Summary Judgment (ECF No. 259) on January 9, 2025, at 10:00 a.m.

Dated: 11/14/2024
       New York, New York

                                         SO ORDERED.

                                         *George B. Daniels* (signature)
                                         GEORGE B. DANIELS
                                         United States District Judge