UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- x

ATHENA ART FINANCE CORP.,

                           Plaintiff,

   -against-

THAT CERTAIN ARTWORK BY JEAN-MICHEL
BASQUIAT ENTITLED HUMIDITY, 1982,
IN REM,

                      Defendant-in-Rem.
------------------------------------------------------------- X

ORDER

20 Civ. 4669 (GBD)

GEORGE B. DANIELS, District Judge:

    The oral argument originally scheduled for January 9, 2025 is adjourned to January 22, 2025 at 10:00 AM.

Dated: JAN 06 2025
       New York, New York

SO ORDERED.

_____
GEORGE B. DANIELS
UNITED STATES DISTRICT JUDGE