**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------------------------X

ATHENA ART FINANCE CORP.,

<table>
<tr><td align="center"><em>Plaintiff,</em></td><td align="right">20 <strong>CIVIL</strong> 4669 (GBD)</td></tr>
<tr><td align="center">-against-</td><td align="center"><strong><u>JUDGMENT</u></strong></td></tr>
</table>

that
CERTAIN ARTWORK BY JEAN-MICHEL
BASQUIAT ENTITLED HUMIDITY, 1982,
*in Rem*,

<em>Defendants,</em>

SATFINANCE INVESTMENT LIMITED and
DELAHUNTY LIMITED d/b/a DELAHUNTY FINE ART,

<em>Interested Parties.</em>

---

SATFINANCE INVESTMENT LIMITED

<em>Intervenor-Plaintiff,</em>

-against-

ATHENA ART FINANCE CORP. and that CERTAIN
ARTWORK BY JEAN-MICHEL BASQUIAT ENTITLED
HUMIDITY, 1982,
*in Rem*,

<em>Intervenor-Defendants.</em>

-----------------------------------------------------------------------------X

WHEREAS, on May 29, 2025, this Court issued a Memorandum Decision and Order (ECF

No. 283) granting summary judgment against Athena Art Finance Corp. ("Athena"); in favor of

Delahunty Limited ("Delahunty"), in part; and in favor of Satfinance Investment Limited

("Satfinance"), in this action concerning the ownership of artwork by Jean-Michel Basquiat,

*Humidity* (1982) (the "Painting");

WHEREAS, having determined the ownership of the Painting, this Court finds that under Rule 54(b) of the Federal Rules of Civil Procedure, there is no just reason for delaying entry of final judgment; and

WHEREAS, equitable relief in the form of return of the Painting is being granted to Satfinance.

It is hereby **ORDERED, ADJUDGED AND DECREED** as follows:

1. Satfinance has full legal title in and to the Painting, free and clear of any claims by Athena or Delahunty; and

2. Athena is hereby directed to make the Painting available for physical delivery to Satfinance no later than forty-five (45) days from the date of this judgment.

The Clerk of Court is hereby directed to close the open motion at ECF No. 301 and close the above-captioned case.

**Dated:** New York, New York
March 2, 2026

**TAMMI M. HELLWIG**

**SO ORDERED**

**Clerk of Court**

*George B Daniels*
GEORGE B. DANIELS
United States District Judge

By: _____

**Deputy Clerk**