**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| ATHENA ART FINANCE CORP., | |
| *Plaintiff,* | |
| -against- | |
| that | |
| CERTAIN ARTWORK BY JEAN-MICHEL BASQUIAT ENTITLED HUMIDITY, 1982, *in Rem*, | 20-CV-04669 (GBD) (VF) |
| | **ORDER** **RESCHEDULING** **CONFERENCE** |
| *Defendants.* | |
| SATFINANCE INVESTMENT LIMITED and DELAHUNTY LIMITED d/b/a DELAHUNTY FINE ART, | |
| *Interested Parties.* | |
| SATFINANCE INVESTMENT LIMITED | |
| *Intervenor-Plaintiff,* | |
| -against- | |
| ATHENA ART FINANCE CORP. and that CERTAIN ARTWORK BY JEAN-MICHEL BASQUIAT ENTITLED HUMIDITY, 1982, *in Rem*, | |
| *Intervenor-Defendants.* | |

**VALERIE FIGUEREDO, United States Magistrate Judge:**

A conference to discuss Athena's request for a stay is hereby rescheduled for **Monday,**

**April 6, 2026, at 10 a.m.** The parties should also be prepared to discuss a pretrial schedule.

Counsel for the parties are directed to call Judge Figueredo's Microsoft Teams conference line at

the scheduled time. **Please dial (646) 453-4442; access code [999 990 219#]**.

Satfinance's request for an extension of the briefing schedule is also GRANTED. <u>See</u> ECF No. 315. The Clerk of Court is respectfully directed to terminate the motion at ECF No. 317.

**SO ORDERED.**

DATED:      March 20, 2026

_____
VALERIE FIGUEREDO
United States Magistrate Judge